AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :--- | :--- |
| v. | ) Case: 1:21-mj-00374 |
| Reed Knox Christensen | ) Assigned To : Meriweather, Robin M. |
| DOB: XXXXXX | ) Assign. Date : 4/14/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 18 U.S.C. § 1752(a)(1) | - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(4) | - Knowingly Engage in any act of Physical Violence Against any Person or Property in a Restricted Building , |
| 40 U.S.C. § 5104(e)(2)(F) | - Willfully and Knowingly Engage in an act of Physical Violence in the Grounds of the Capitol Building , |
| 18 U.S.C. § 231(a)(3) | - Commit or Attempt any act to Obstruct Impede or Interfere with Law Enforcement in the Lawful Performance of his Official Duties, |
| 18 U.S.C. § 111(a)(1) | - Forcibly Assault, Resist, Opposes Impede, Intimidate, or Interfere . |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Bryon J. Speakes, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __04/14/2021__

*Judge's signature*

City and state:   Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*