Re

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 21-mj-374 |
| ) | |
| REED KNOX CHRISTENSEN ) | |
| ) | |
| *Defendant.* ) | |

## MOTION FOR ADMISSION OF ATTORNEY TROY D. NIXON
## TO APPEAR PRO HAC VICE

Attorney Troy D. Nixon hereby applies for permission to appear and participate as counsel for Defendant Read Knox Christensen in the above-entitled matter pursuant to LCrR 44.1(c) and *(d)* of the Local Rules for the United States District Court for the District of Columbia. Troy D. Nixon is a member in good standing of the State Bar of Oregon. The grounds for this application are set forth in the attached Declaration in Support of Motion for Admission of Attorney Troy D. Nixon to Appear *Pro Hac Vice.*

The undersigned, JAY MYKYTIUK, is a member in good standing of the bar of this Court and hereby consents to serve as associated co-counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 22nd day of June, 2021.

Respectfully submitted,

SCROFANO LAW PC

/S/
_____
BY:     **JAY MYKYTIUK**
D.C. Bar No.: 976596
406 5TH STREET NW
SUITE 100
WASHINGTON, DC 20001
202-670-2390
jpm@scrofanolaw.com
On Behalf of Troy D. Nixon
Oregon State Bar No. 074453

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REED KNOX CHRISTENSEN, )<br>)<br>Defendant. )<br>_____ ) | Case No. 21-mj-374 |

## DECLARATION OF TROY D. NIXON
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Troy D. Nixon, hereby declare:

1. My name, office address, and telephone number are as follows:

   Troy D. Nixon
   620 SW Main St., Suite 616
   Portland, Oregon 97205

2. I have been admitted to the following courts and bars:

   2007   Oregon Bar
   2008   U.S. District Court, District of Oregon

3. I am currently in good standing with all states, courts, and bars in which I am admitted, and have never been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* in this Court.

5. I do not have an office located within the District of Columbia.

   I declare under penalty of perjury that the foregoing is true and correct.

**This, the 21st day of June, 2021.**
///
///
///

Respectfully submitted,

/s/ Troy D. Nixon
Troy D. Nixon
Oregon State Bar No. 074453
Attorney for Defendant Reed Knox Christensen

Troy D. Nixon
620 SW Main St., Suite 616
Portland, Oregon 97205
Phone: (503) 866-3925
Fax:   (503) 296-2733
Email: troydnixon@gmail.com