UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO.  21-cr-00455(TFH) |
| v. : | |
| : | |
| REED KNOX CHRISTENSEN : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Reed Knox Christensen, by and through his attorney, now submit this joint status report.

1. At the last hearing, the government discussed the state of both global discovery and case-specific discovery in this matter. In the near future, the government expects to make additional global productions. Should the government become aware of additional case specific discovery that should be tendered, the government will produce the discovery to the defendant through his counsel, as soon as the discovery becomes known to the government.

2. The government is willing to continue discussions regarding the disposition of this matter.   To date, the government has not extended a plea offer in this case.   At the last hearing, counsel for defendant represented that the defendant was willing to attend a reverse proffer where the government would present its case to the defendant.   Since the hearing, the defendant has elected not to partake in a reverse proffer.

3. While the government will work to determine of this case can be resolved short of trial, because no agreement to resolve the case has been reached thus far, the government and the defendant jointly move that this matter be set for trial.

4. The government and the defense have had conversations regarding the scheduling of trial. While the government and the defendant do not wish to delay a trial, after considering the trial schedules of all counsel, the earliest availability for a trial is April 2023.

5. Counsel for the defendant is unavailable the following dates: January 3 – January 6, 2023, January 18 – January 20, 2023, January 23 – January 27, 2023, January 30 – February 3, 2023, February 8 – February 13, 2023, February 27 – March 14, 2023, and March 17 – March 24.

6. Counsel for the government is unavailable January 9 – January 13, 2023, February 13 – February 22, 2023, February 27 – March 4, 2023, and March 16 – April 1, 2023.

7. The parties are in agreement that should the Court set this matter in early April 2023, this case will be the priority of all counsel. Additionally, all parties are aware that this matter is a priority to the Court. All parties agree that it is in the interest of justice to set this matter for trial in April 2023 to give all parties time to adequately prepare for

trial and resolve any pretrial matters prior to the proposed trial date.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:    /s/
BRITTANY L. REED
Assistant United States Attorney-Detailee
650 Poydras Street, Ste. 1600
New Orleans, Louisiana 70130
Telephone: 504-680-3031
Brittany.Reed2@usdoj.gov