UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-455 |
| | : | |
| **REED CHRISTENSEN** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE MARCH 7, 2023, JOINT MOTION TO CONTINUE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and moves for leave to file a supplemental memorandum in support of the March 7, 2023, joint motion to continue and exclude time under the Speedy Trial Act. The United States respectfully submits that filing this pleading is necessary because the government has learned of an additional reason necessitating a continuance of the May 2023 trial since the filing of the March 7, 2023, joint motion was filed.

        Respectfully submitted,

        Matthew M. Graves
        United States Attorney
        DC Bar No. 481052

By:   /s/ Brittany L. Reed
        BRITTANY L. REED
        Assistant United States Attorney
        Bar No. 31299
        650 Poydras Street, Ste. 1600
        New Orleans, Louisiana 70130
        Brittany.Reed2@usdoj.gov
        (504) 680-3031

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

          */s/ Brittany L. Reed*
          BRITTANY L. REED
          Assistant United States Attorney