UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 21-cr-455 (RCL) |
| | : | |
| **REED CHRISTENSEN,** | : | |
| | : | |
| Defendant. | : | |

### PROPOSED SCHEDULING ORDER

1. TRIAL. Trial of this matter will commence on September 11, 2023, at 10:00 a.m. in Courtroom 15.

2. PRE-TRIAL CONFERENCE. A pre-trial conference will be held on August 31, 2023, at 9:30 a.m. via videoconference, provided the defendant consents. The Court will rule on all pre-trial motions and objections to proposed exhibits, to the extent possible, at the pre-trial conference, hearing argument as necessary.

3. SUPPRESSION MOTIONS. Any motions to suppress statements or tangible things shall be filed on or before August 11, 2023. Opposition and replies shall be due within 14 and 7 days, respectively. The Court will schedule a hearing on the motion(s) as necessary.

4. PRE-TRIAL MOTIONS. All other pre-trial motions, excluding motions in limine, shall be filed on or before August 11, 2023. Oppositions and replies shall be due within 14 and 7 days, respectively.

5. Fed. R. Evid. 404(b) NOTICE. Not later than August 11, 2023, the government shall provide notice of evidence it intends to offer pursuant to Fed. R. Evid. 404(b).

6. MOTIONS IN LIMINE. All motions in limine shall be filed on, or before, August 18, 2023. Responses shall be filed not later than August 25, 2023, and replies shall be filed not

later than September 1, 2023.

7.     VOIR DIRE. Counsel shall jointly submit both a short narrative description of the case, to be read to the prospective jurors, and proposed voir dire questions on or before August 11, 2023.

8.     PROPOSED JURY INSTRUCTIONS. Counsel shall file proposed jury instructions and a proposed verdict form—jointly to the extent possible—on or before August 11, 2023. To the extent that they are pattern jury instructions from the current version of the Redbook, it is sufficient simply to list the numbers of those instructions. Special instructions shall be submitted verbatim with citations to cases and other authorities to support each instruction. Proposed instructions shall be filed on ECF.

9.     *BRADY AND GIGLIO*. The Government is under a continuing and ongoing obligation to provide defense counsel any favorable or exculpatory information (*Brady*) as it becomes available, whether or not admissible in evidence. *Brady* information must be disclosed on a rolling basis - "the duty to disclose is ongoing." *Pennsylvania v. Ritchie*, 480 U.S. 39, 60 (1987). To the extent it has not already done so, the Government must disclose information that may be useful for impeachment or may otherwise affect the credibility of any Government witness (*Giglio*) – including *Lewis* material – by September 1, 2023. *See United States v. Celis*, 608 F.3d 818, 835–36 (D.C. Cir. 2010). *Giglio* obligations are also ongoing. The Government may request a protective order to preclude counsel from sharing *Giglio* information with their client.

10.     EXPERT WITNESSES. The parties shall disclose any expert witnesses accompanied by a brief description of each witness' area of expertise and expected testimony by August 11, 2023.

11. **EXHIBIT LISTS.** The parties shall exchange lists of exhibits they intend to use in their cases-in-chief by August 11, 2023. The parties shall file objections to the admissibility of exhibits to the extent practicable by August 18, 2023. All exhibits are to be marked in advance of trial and listed in order on the exhibit form obtained from Courtroom Deputy Clerk. The written list of exhibits must contain a brief description of each exhibit. At the commencement of trial, counsel shall furnish opposing counsel with a copy of their pre-marked exhibits and to the Court with two sets of binders containing their exhibit lists and copies of their pre-marked exhibits.

12. **WITNESS LISTS.** The parties shall exchange lists of witnesses in their cases-in-chief by August 21, 2023. On that same date, the Government shall also provide to the Defense all *Brady* or *Giglio* material not previously provided pertaining to each witness on the list. Counsel will not be absolutely bound by the witness lists or the sequence. In some cases, security concerns may justify nonidentification of witnesses by the Government until shortly before they are actually called. In this situation, the Government will include the number of unidentified witnesses in the Witness List and separately identify those witnesses in a filing under seal. The Defense agrees not to publicly disseminate the names of those witnesses.

13. **JURY SELECTION.** The Court will summarize its jury-selection procedures at the pre-trial conference.

_____, 2023

_____
ROYCE C. LAMBERTH
United States District Judge