MCKEANSMITH

8/11/2023

| **Brittany L. Reed** | **Tighe Beach** |
|---|---|
| **Assistant United States Attorney** | **Assistant United States Attorney** |
| 650 Poydras Street, Ste. 1600 | 601 D Street, N.W. |
| New Orleans, LA 70130 | Washington, D.C. 20001 |
| 504-680-3031 | 240-278-4348 |
| Brittany.Reed2@usdoj.gov | tighe.beach@usdoj.gov |

RE:   USA v. Reed Christensen
      US District Court for the District of Columbia 21-cr-455

Dear Brittany and Tighe,

Attached please find Defendant's Exhibit List and the Expert Witness Disclosure consistent with the proposed scheduling order, paragraph 10 and 11.

Thank you.

Sincerely,

Troy D. Nixon
Attorney at Law

TDN:jfr
Encl
Cc: client

**GOVERNMENT EXHIBIT 1**

USA v. Reed Knox Christensen
21-cr-455

Expert Witness—Dr. Christopher A. Reilly

**Background**:

Dr. Reilly is a Toxicologist with extensive experience with and expertise in the topic of pepper spray. He earned a PhD in Toxicology in 1999 and is currently a Professor of Pharmacology and Toxicology at the University of Utah. Dr. Reilly holds adjunct appointments in the Departments of Anesthesiology and Pediatrics-Clinical Pharmacology and is a Fellow of the Academy of Toxicological Sciences (ATS).

In the early 2000's Dr. Reilly and colleagues published formative studies describing the variable composition of OC/pepper sprays and the effects of composition on the reliability, potency, and safety of pepper sprays, including detailed studies of the effects of capsaicinoids and pepper spray products on lungs and skin. Dr. Reilly's research program continues to investigate mechanisms of lung injury caused agents that target TRP ion channels, including TRPV1, which is the molecular target of capsaicin (the active ingredient in OC/pepper sprays), and TRPA1, a target of CS/CN-containing pepper sprays.

Dr. Reilly's work promoted an industry-wide effort to improve manufacturing and the safety/reliability of pepper spray products. This culminated in a recently published ASTM standard for pepper spray manufacturing and Dr. Reilly served on the ASTM advisory panel that created the standard.  Dr. Reilly has been invited to speak and attended OC/pepper spray training events, providing novel insights into the use of pepper spray in law enforcement, and hands on experience with pepper spray exposures. Dr. Reilly also holds a patent for a commercial pepper spray decontamination product.

Finally, Dr. Reilly has served as a consultant and expert witness for several cases involving the use and safety/health effects of pepper sprays. Dr. Reilly has also performed forensic sample analysis for cases involving pepper spray and quality control analysis of pepper sprays for law enforcement and manufacturers.

**Brief Description of Anticipated Testimony**:

Dr. Reilly will testify to the best practices in law enforcement training; typical guidelines for the appropriate dispensing of less than lethal chemical sprays; the chemicals and dispensing mechanisms involved in this case; his expert opinion on the application, effect, and likely consequences of the chemical sprays that were dispensed by law enforcement personal on the defendant; and the typical effects on individuals when chemical sprays and dispensed both within and outside of the manufacture guidelines and training guidelines.