**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-455 (RCL)** |
| | ) | |
| **REED KNOX CHRISTENSEN** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION**
**TO EXCLUDE TESTIMONY OF DR. CHRISOPHER A. REILLY**

Defendant Reed Knox Christensen, by and through his counsel, Troy D. Nixon, Esq.,

hereby responds to the Government's motion to exclude the testimony of Dr. Christopher A.

Reilly.

**ARGUMENT**

**A.  Admissibility of Expert Testimony**

The Defendant does not take issue with the Government's recitation of the underlying

law that governs the admissibility of expert testimony. However, the Defendant takes issue with

the Government's concern that the expert testimony of Dr. Reilly "will confuse and unduly

influence the jury." ECF No. 63. The Government's motion to exclude is in the nature of a

motion in limine, quite literally meaning a motion "at the threshold" – a pretrial motion to be

heard by the court. The Government argues the Defendant should notice *Daubert* hearing to

make a threshold showing of reliability and relevance of Dr. Reilly's expert testimony. Such a

separate hearing is unnecessary, as the court can make this determination while hearing and

considering the other motion in limine filed in this matter. *See* ECF No. 62.

### B.  Applicability of Fed. R. Crim. P. 16(b)(1)(C)

The Government argues that the Defendant's disclosure of his expert witness "falls far short of Rule 16(b)(1)(C)'s notice requirements. The Government concedes that "[w]hile perhaps compliant with the language in the Court's scheduling order governing expert disclosures, the defendant should supplement his notice to comply with Rule 16(b)(1)(C)'s notice requirements nonetheless." ECF No. 63.

The Defendant is not required, as the Government argues, to provide the level of disclosure set forth in Rule 16(b)(1)(C), either under Rule 16 or the August 15, 2023 Scheduling Order. ECF No. 58. Rule 16(b)(1)(C)(i) identifies the conditions under which the Defendant has a duty to disclose the information outlined in Rule 16(b)(1)(C)(iii). Rule 16(b)(1)(C)(i) states:

> (i) Duty to Disclose. At the government's request, the defendant must disclose to the government, in writing, the information required by (iii) for any testimony that the defendant intends to use under Federal Rule of Evidence 702, 703, or 705 during the defendant's case-in-chief at trial, **if**:
>
> •   the defendant requests disclosure under (a)(1)(G) and the government complies; **or**
> •   the defendant has given notice under Rule 12.2(b) of an intent to present expert testimony on the defendant's mental condition.
>
> Rule 16(b)(1)(C)(i) (Emphasis added.)

The Defendant did not request disclosure from the Government under Rule 16(a)(1)(G). Nor did the Defendant give notice to the Government under Rule 12.2(b). Having not done so, the Defendant is under no duty to provide the Government with the disclosures it seeks under Rule 16(b)(1)(C)(iii).

The Defendant provided the Government with a brief description of the witness's area of expertise and expected testimony in accordance with the Scheduling Order. The Defendant has

subsequently provided the Government with the curriculum vitae of Dr. Reilly. The curriculum

vitae is attached as Exhibit 1.

## CONCLUSION

For the reasons argued above, the Government's motion to exclude the testimony of Dr.

Christopher A. Reilly should be denied.

Dated: August 28, 2023                    Respectfully Submitted,

                                          /s/ Troy D. Nixon
                                          Troy D. Nixon, Oregon State Bar No. 074453
                                          McKean Smith LLC
                                          1140 SW 11th Ave.
                                          Suite 500
                                          Portland, OR 97205
                                          Phone: (503)567-7967
                                          Fax: (503)765-7443
                                          troy@mckeansmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO EXCLUDE TESTIMONY OF DR. CHRISOPHER A. REILLY** on the following named person(s) on the date indicated below by:

[x] By Notice of Electronic Filing using the CM/ECF system.

Dated: August 28, 2023                    McKean Smith,

/s/ Troy D. Nixon
Troy D. Nixon, Oregon State Bar No. 074453
McKean Smith LLC
1140 SW 11th Ave.
Suite 500
Portland, OR 97205
Phone: (503)567-7967
Fax: (503)765-7443
troy@mckeansmithlaw.com

# Christopher A. Reilly, Ph.D.

*University of Utah*
*Department of Pharmacology and Toxicology*
*30 S. 2000 E., Room 201 Skaggs Hall*
*Salt Lake City, UT  84112*
*Office: (801) 581-5236 • Chris.Reilly@pharm.utah.edu*

## *Education:*

1994-1999:  **Ph.D.**-Toxicology.  Utah State University.  Logan, UT.
1991-1994:  **B.S.**-Biology (Biochemistry/Molecular Biology and Ecology and Evolution emphasis). University of Utah, Salt Lake City, UT.  Minor: Chemistry.
1990-1991   No Degree Conferred.  Stockton State College, Pomona, NJ

## *Employment:*

7/2020-current:  **Director**, Center for Human Toxicology, Center for Human Toxicology, Department of Pharmacology and Toxicology, University of Utah, Salt Lake City, UT.
7/2018-current:  **Professor (with tenure)**, Department of Pharmacology and Toxicology, University of Utah, Salt Lake City, UT. Adjunct Professor, Anesthesiology and Pediatrics, University of Utah School of Medicine.
7/2016-current  **Adjunct Associate**, Pediatrics, University of Utah School of Medicine.
7/2014-7/2020:  **Associate Director**, Center for Human Toxicology, Department of Pharmacology and Toxicology, University of Utah, Salt Lake City, UT.
7/2014-current:  **Faculty and Mentor**, Division of and Program in Pediatric Clinical Pharmacology, University of Utah School of Medicine.
7/2013-7/2018:  **Associate Professor (Tenure Line)**, Department of Pharmacology and Toxicology, University of Utah, Salt Lake City, UT.  **Adjunct Associate**, Anesthesiology, University of Utah School of Medicine.  **Member:** Biological Chemistry Program 8/2013-present.
7/2009-7/2013:  **Research Associate Professor**, Department of Pharmacology and Toxicology, University of Utah, Salt Lake City, UT.  **Adjunct Associate**, Anesthesiology, University of Utah School of Medicine.
7/2001-7/2009:  **Research Assistant Professor**, Department of Pharmacology and Toxicology, University of Utah, Salt Lake City, UT. **Adjunct Assistant (8/2008),** Anesthesiology, University of Utah School of Medicine.
6/1999-7/2001:  **Post-Doctoral Fellow**, Department of Pharmacology and Toxicology, University of Utah, Salt Lake City, UT.  Advisors:  Dennis J. Crouch, B.S., M.B.A. and Garold S. Yost, Ph.D.
1995-1999:  **Research Assistant**, Department of Chemistry and Biochemistry, Utah State University, Logan, UT.  Advisor:  Steven D. Aust, Ph.D.
1995:  **Laboratory Technician**, Center for Human Toxicology, Department of Pharmacology and Toxicology, University of Utah, Salt Lake City, UT.
1993:  **ASPET Summer Undergraduate Research Fellow**, Center for Human Toxicology, Department of Pharmacology and Toxicology, University of Utah, Salt Lake City, UT.

## *Awards and Honors:*

• Gordon Research Conference *"Mechanisms of Toxicity"* Travel Award, August, 2000.
• 2001 Colgate-Palmolive Post-Doctoral Fellowship in *In Vitro* Toxicology.  Title: "The Role of the Capsaicin Receptor (VR1) in Human Lung Epithelial Cell Toxicity."

**EXHIBIT 1**
**Page 1 of 25**

- ASPET Young Investigator Travel Award, April, 2002.
- "Manuscript Highlight," *Toxicological Sciences*, 89(1), 278-286.
- Gordon Research Conference *"Mechanisms of Toxicity"* Young Investigator Travel Award, July, 2006
- "Manuscript Highlight," *Chemical Research in Toxicology*, http://dx.doi.org/10.1021/tx300366k
- "Featured Article," *F1000 Research*, 9/23-13-9/30/13
- "Cover Article," *Chemical Research in Toxicology*, May 21, 2018, Volume 31, Issue 5
- 2020-2021 Society of Toxicology *Domestic ToxScholar Visitor.*
- Fellow of the *Academy of Toxicological Sciences* (2023-present)

### *Research Funding:*
### Active:
- *"TRP Channels and Air Pollution"* NIH-NIEHS (R01 ES017431).  09/17/09-06/30/24.  $2,010,955 total direct costs (7/1/19→6/30/25).  **Principal Investigator.**
- *"Analysis of Mirtazepine and Methamphetamine: M3 Study with UCSF"* Heluna Health, $62,934 direct costs, 6/1/21-5/31-24.  **U of U Contract Principal Investigator.** (UCSF PI-Coffin).
- *"NIH-NIDA Bioanalytical Services Laboratory Contract"* NIH-NIDA, $231,500 annual costs, 3/14/19-3/13/24. **Principal Investigator.**
- *"Multidisciplinary Pulmonary and Critical Care Training Program"* NIH-NHLBI (T32 HL105321), $319,808 annual direct costs. 7/01/22-6/30/27. **Associate Program Director** (PI-Paine).
- *"Screening of Investigational Therapeutics to Treat, Modify or Prevent Epilepsy for the NINDS Epilepsy Therapy Screening Program (ETSP)"* NIH-NINDS (75N95022C00007) 3/23/22-3/31/27. **Co-Investigator** (Bioanalytical/PK) $4,204,065.00 annual direct costs; $295,500 to Reilly/CHT)

### Completed:
- *"Linking Combustion-Derived Particle Physicochemical Properties to Pathologically Important Responses in Lung Cells"* NIH-NIEHS (K25 ES027504-01) 09/01/2016-08/31/2023.  $713,750 total direct costs (~$30,000/y to Reilly Lab). **Mentor and Collaborator** (PI-Kelly).
- *"Pharmacokinetic evaluation of a natural hemp extract-based cosmetic product after topical and oral application"* Young Living Essential Oils. ($210,078 total costs; $21,250 to Reilly/CHT) 12/1/21-7/1/23. **Co-Investigator** (PI-Yellepeddi).
- *"Pulmonary Epithelial TRPV3 and Wood Smoke Injury"* NIH-NIEHS (R01 ES027015-A1) 03/01/17-02/28/23. $1,125,000 total direct costs. **Principal Investigator**.
- *"The feasibility of using hair analysis to measure analytes of environmental exposure in suicide decedents"* Human Health Exposure Analysis Resource (HHEAR) Pilot and Feasibility Program. $25,000 direct costs. 7/1/21-6/30/22. **Co-Investigator** (PI-Bakian).
- *"Pharmacogenomic and Metabolic Optimization of Glucocorticoid Therapy for Asthma"* NIH-NIGMS (R01 GM121648-01). – 01/01/17-11/31/2022.  $1,600,000 total direct costs. **Principal Investigator**.
- *"Novel Strategies for accelerating non-opioid drug discovery"* Dept. of Defense (DOD) Contract# W81XWH-17-1-0413. 9/30/17-9/29/21. **Co-Investigator** (PI-Olivera) and **Leader - Project 4** (TRP Channel Targets for Non-Opioid Pain Management). $9,957,949 total costs ($1,100,000 total direct costs requested for project 4).
- *"In vitro metabolic profiling, Pharmacokinetics and lead optimization of SMC-01051 and 01055 for treatment of glaucoma"* University of Utah UTAG/USTAR grant. 7/1/18-6/30/21. **Co-Investigator** (PI-Looper). $315,030 total direct costs, $50,000/y for Reilly Lab.
- *"A study of Amiloride Intranasal Spray for Panic Attacks - Pharmacokinetics of amiloride nasal spray in healthy volunteers"* Centre for Addiction and Mental Health Research. 4/01/19-3/21/20. **Analytical**

**EXHIBIT 1**
**Page 2 of 25**

**Services PI** (PI-Yellepeddi) $15,124 total sub-contract award.

- *"CHT Laboratory Services"* UT-Dept. of Agriculture and Food. (7/15/19-12/31/19) $30,000 direct costs. **Co-Investigator**
- *"Purchase of UPLC-MS/MS"* University of Utah research Instrumentation Fund. (7/1/2018-6/30/2019). $70,0000 total direct costs. **Co-Recipient** with Robert M Ward.
- *"Marine symbiotic interactions for discovery of bioactive compounds"* NIH-NIGMS (R01 GM107557-01), 09/02/13-05/31/18, $950,246 total direct costs ($38,000 annual direct costs to CAR). **Co-Investigator** (PI-Schmidt).
- *"Inhibiting Bronchoconstriction-Dependent Airway Epithelial Extrusion to Impede the Asthma Inflammatory Cycle"* 7/1/2016-6/30/2018. American Asthma Foundation Research Program $350,000. **Co-Investigator** (Rosenblatt-PI)
- *"Development of TRPV4 Channel Antagonists to Treat Glaucoma"* University of Utah Neuroscience Initiative Pilot Collaborative Project Proposal. 6/30/15-6/29/17. $100,000 total direct costs ($28,000 total to CAR). **Co-Investigator** (PI-Krizaj).
- *"P450 Metabolism of Glucocorticoids in Lungs of Pediatric Asthmatics"* NIH-NICHD (R01 HD060559). - 02/01/10-1/31/2017. $1,622,028 total direct costs. Co-Investigator 02/01/10→4/28/14; **Principal Investigator** 4/28/14-1/31/17.
- *"TRPA1 Gain of Function Polymorphisms in Pollution Associated Asthma Exacerbations"* Department of Pediatrics, 10/1/14-9/30/16, $50,000 total direct costs. **Co-Principal Investigator** with Brian Stone, M.D., MSCI, Department of Pediatrics, University of Utah/Primary Children's Medical Center.
- *"Pharmacokinetics and Analgesic Properties of Inhaled Remifentanil"* University of Utah Department of Anesthesiology Research Fund. 09/01/13-7/1/16. $25,000 total direct costs. **Co-Investigator** (PI-Sakata).
- *"P450-Mediated Dehydrogenation Mechanisms."* NIH-NIGMS (R01 GM074249). 1/10/10-12/31/14 $864,000 total direct costs. **Principal Investigator 8/20/14-12/31/14**.
- *"Transcript Profiling and Xenobiotic Metabolite Identification from Rabbitfish Livers"* 07/1/12-06/30-13. NSF-University of Guam Marine Laboratory. $25,000 total sub-contract award. **Principal Investigator, University of Utah Sub-Contract (PI-Biggs)**.
- *"TRP Channels and Air Pollution"* NIH-NIEHS (R01 ES017431). 08/01/09-07/31/12. $400,000 total direct costs (Renewed). **Principal Investigator.**
- *"Chemoprevention of Pancreatic Cancer by Capsaicin - Sub-Contract Metabolism & PK Analysis"* NIH/NCI (CA129038). 10//01/10-09/31/2011. $32,704 total sub-contract award. **Principal Investigator Utah Sub-Contract (PI-Srivastava)**.
- *"STTR Phase I: Retrievable Blood Oxygen Carrier System."* NIH/NHLBI (R41 HL095250) $357, 318 total direct costs. 08/01/2009-08/01/2011-extended. University of Utah Subcontract $123,618 **Toxicologist/Consultant (PI-Ostifen)**.
- *"TRPM8 Variant Activation by Novel TRPM8 Agonists"* Dendreon Corporation. 09/01/09-2/28/10. $30,856 total direct costs. **Principal Investigator.**
- *"TRP Channels in Acute Lung Injury and Bronchial Hyper-Reactivity"* University of Utah Department of Anesthesiology Research Fund. 07/01/09-06/30/10. $30,869 total direct costs. **Principal Investigator.**
- *"3-Methylindole-Induced Lung Injury."* NIH-NHLBI (R01 HL013645). 3/17/06-3/31/10. $1,334,032 total award. **Co-Investigator (PI-Yost).**
- *"P450-Mediated Dehydrogenation Mechanisms."* NIH-NIGMS (R01 GM074249). 01/01/06-12/31/09. $753,496 total direct costs. **Co-Investigator (PI-Yost).**
- *"Mechanisms of Vanilloid (Capsaicin) Receptor-Mediated Lung Cell Death."* NIH-NHLBI (R01 HL069813). $525,000 total direct costs. 4/7/03-3/31/07- **Principal Investigator**

**EXHIBIT 1**
**Page 3 of 25**

- *"Responses of Lung Cells to Metals in Manufactured Nanoparticles."* US-EPA (EPA STAR RD8317230). $75,617 total direct costs. 1/01/05-9/30/07- **Co-Investigator (PI-Veranth)**.
- *"Analysis of 1AD, its metabolites, and related endogenous hormones by mass spectrometry."* United States Anti-doping Agency (USADA). $31,320 total direct costs. 4/1/2002-3/31/2003- **Principal Investigator**
- *"The Role of the Capsaicin Receptor (VR1) in Human Lung Epithelial Cell Toxicity"* Colgate-Palmolive Corporation-SOT. $35,000 total award. (4/01/01-3/31/02) - **Principal Investigator/Fellowship Recipient.**

### *Trainee Awards/Fellowships/Scholarships:*

- *"Skaggs Graduate Research Fellowship"* University of Utah College of Pharmacy. (Marysol Almestica, recipient) 7/1/21-6/30/22) $25,000/y total award. **Sponsor/Mentor**
- *"3i Emerging Infectious Pathogens and Inflammation Initiative Fellowship"* University of Utah 3i Initiative. (Samantha Serna, recipient) 2/1/21-1/31/23) $25,000 total award. **Sponsor/Mentor**
- *"Skaggs Graduate Research Fellowship"* University of Utah College of Pharmacy. (Katherine Burrell, recipient) 7/1/20-6/30/21) $25,000/y total award. **Sponsor/Mentor**
- *"Kurimoto Award"* University of Utah College of Pharmacy. (Marysol Almestica-Roberts, recipient) 7/1/20-6/30/21) $10,000 total award. **Sponsor/Mentor**
- *"Pharmacokinetics of Inhaled Remifentanil in Pigs"* American Association of Nurse Anesthetists Foundation New Investigator Fellowship. (PIs: Bevans-Warren and Sakata), 06/01/17-6/1/19. $50,000 total direct costs. **Mentor/Co-Investigator.**
- *"Bioavailability and therapeutically controllable effect site concentrations of ester-based anesthetic agents via inhalation."* 2014 American Association of Nurse Anesthetists Foundation Doctoral Fellowship (Tatjana S. Bevans, CRNA fellowship recipient), 07/01/14-12/1/15, $10,000 total award. **Sponsor/Supervisor.**
- *"TRPA1 as a Molecular Mediator of Lung Toxicities by Diesel Exhaust Particles (DEP)"* Colgate-Palmolive Corporation-SOT. (Cassandra E. Deering-Rice, PhD fellowship recipient), 3/14/11-3/13/11. $44,000 total award. **Sponsor/Supervisor**.

### *Academic Service:*

- *Departmental Committee for Research Track Faculty* (2003-2004)
- *University Campus Health and Safety Committee* (2008-2011)
- *Member, Department Chairman Search Committee,* Department of Pharmacology and Toxicology, 2013/2014.
- *Judge, Student Poster Competition,* Annual Biosciences Symposium and Don Summer Memorial Lecture, 9/24/2013.
- *College of Pharmacy Curriculum Committee Member,* 9/2013-present.
- *Biological Chemistry Program Recruitment Committee,* 10/2013-10/2014.
- *Departmental Graduate Training/Oversight Committee (GTC),* 12/2013-present
- *Chair,* Faculty Search Committee (Associate Professor), Department of Pharmacology and Toxicology, 2015. (Bortolato).
- *Department Representative, College of Pharmacy Dean Search Committee,* 2015/2016
- *Mentor, Pediatric Clinical Pharmacology Fellowship Program,* 2016-present
- *Mentor, Pulmonary Training Grant,* 2015-present; Deputy director 2022-present
- *Mentor, Kerry Kelly, PhD (Engineering) K25 award,* 2016-2022
- *Member,* Faculty Search Committee (Assistant and Associate Professor), Department of Pharmacology and Toxicology, 2017. (Koh).
- *Member,* University of Utah Graduate Council (2017-2020)

**EXHIBIT 1**
**Page 4 of 25**

- *Member,* Environmental Health Sciences Review Committee (EHSRC) of the National Institute of Environmental Health Sciences (NIEHS; August 2017- June 2021)
- *Chair,* Faculty Search Committee (Assistant Professor), Department of Pharmacology and Toxicology, 2019. (Venosa).
- *Member,* COP Research Strategy Committee (2019-present)
- *Member*, Department Retention, Promotion, and Tenure Advisory Committee (DRPTAC) (2017-present)
- *Chair*, Department Retention, Promotion, and Tenure Advisory Committee (DRPTAC) (2019-2020, 2022)
- *Member,* University Retention, Promotion, and Tenure Advisory Committee (UPTAC) (2021-present)
- *Member,* Faculty Search Committee (Assistant and Associate Professor), Department of Pharmacology and Toxicology, 2020. (Hong).
- *Member,* Faculty Search Committee (Assistant and Associate Professor), Department of Pharmacology and Toxicology, 2021. (Golkowski).
- *Member,* Faculty Search Committee (Assistant and Associate Professor), Department of Pharmacology and Toxicology, 2022/23. (Pending).
- *Member,* Faculty Search Committee (Pulmonary Chief), Internal Medicine, 2022/23. (Pending).

### ***Professional Service:***
Professional Society Activities:
- *Mountain West Society of Toxicology:* Vice President Elect (2003-2004), Vice President (2004-2005), President (2005-2006), Past President (2006-2007).
- *Society of Toxicology:* Continuing Education Committee (2008-2011; Chairman 2010/2011)
- *Society of Toxicology:* Molecular Biology Specialty Section, VP-Elect (2008), Vice-President (2009), President (2010)
- *Society of Toxicology:* Meet with an Expert Mentor (2003-present)
- *Society of Toxicology:* Molecular Biology Specialty Section Representative for SOT Endowment Fund Outreach Initiative (2012)
- *Gordon Research Conference: "Mechanisms of Toxicity"* Poster Session Co-Chair (2006)
- *Society of Toxicology: "Biotransformation/Cytochrome P450"* Poster Session Co-Chair (2003, 2012)
- *Society of Toxicology:* Secretary/Treasurer, Mechanisms Specialty Section (2014-2016)
- *Society of Toxicology:* Contemporary Concepts in Toxicology (CCT) Meeting Organizing Committee (2016-2019)
- *Co-Host*, Mt. West Society of Toxicology, 2016
- *Society of Toxicology:* Scientific Program Committee (2019-2023)
- *Society of Toxicology:* Inhalation and Respiratory Specialty Section, Councilor (2019-2021).
- *Society of Toxicology:* Inhalation and Respiratory Specialty Section, VP-Elect→President (2023-2026).

Other Service Activities:
- *Member and Co-chair*, ASTM WK57807, Less Lethal Aerosol Devices Task Group (10/2016-2020) ASTM E3187/E3187M-19 "Standard Specification For Less Lethal Aerosol Devices Used By Law Enforcement, Corrections, And Other Public Safety Officers."
- *Session Chair* (Wildfire Smoke) *and Organizing Committee Member,* 13th International Particle Toxicology Conference, Santa Fe, NM, August 28-31, 2022.

**EXHIBIT 1**
**Page 5 of 25**

- Manuscript Reviews:
  - *Ad Hoc:* Molecular Pharmacology; Journal of Pharmacology and Experimental Therapeutics; Drug Metabolism and Disposition; Toxicology and Applied Pharmacology, Journal of Biochemical and Molecular Toxicology; Toxicological Sciences; Chemical Research in Toxicology; Thorax; Journal of Forensic Sciences; Journal of Chromatography A and B, Journal of the Science of Food and Agriculture; Canadian Journal of Physiology and Pharmacology; Neuropeptides, Immunology and Cell Biology, Journal of Dermatological Sciences, Journal of the Taiwan Institute of Chemical Engineers, European Journal of Dermatology, Molecular Nutrition and Food Science, Intensive Care Medicine, Journal of Hazardous Materials, PLOS One, Expert Opinions in Drug Metabolism and Toxicology, Xenobiotica, Research in Veterinary Science, Inflammation, Biochemical Journal, Bioscience Reports, Environmental Health Perspectives, Inhalation Toxicology, Cardiovascular Toxicology, and American Journal of Respiratory Critical Care Medicine, American Journal of Physiology – Lung Cellular and Molecular Physiology.

- Editorial Boards/Editorial Responsibilities:
  - *Editorial Board Member:*  Journal of Biochemical and Molecular Toxicology (2007-2022).
  - *Editorial Board Member:*  Toxicological Sciences (2015-present).
  - *Volume Editor,* "Respiratory Toxicology," Comprehensive Toxicology Volume 8, 3rd Edition (2015-2017; publication December 2017)
  - *Volume Editor,* "Respiratory Toxicology," Comprehensive Toxicology Volume TBD, 4th Edition (2021-present; publication pending)

- Grant Reviews:
  - *Reviewer*, NSF-CDRF CGP-RFBRII competition (2008).
  - *External Reviewer*, University of Arizona Southwest Environmental Health Sciences Center (2008).
  - *External Reviewer*, University of Louisville NIEHS Center for Environmental Genomics and Integrative Biology (CEGIB) Pilot Project Program (2009).
  - *Reviewer*, Systemic Injury by Environmental Exposure (SIEE) Special Emphasis Panel 2013/05 ZRG1 DKUS-C (90) S, National Institutes of Health (Feb 5-6, 2013).
  - *Reviewer*, Cardiovascular Differentiation and Development (CDD) - Area Review: Cardiovascular and Respiratory Sciences Panel 2013/10 ZRG1 CVRS-Q (90) A, National Institutes of Health (July 25-26, 2013).
  - *Reviewer*, Systemic Injury by Environmental Exposure (SIEE) Special Emphasis Panel 2014/01 ZRG1 DKUS-C (90) S, National Institutes of Health (November 12-13, 2013).
  - *Reviewer*, Cardiovascular Differentiation and Development (CDD) - Area Review: Cardiovascular and Respiratory Sciences Panel, 2014/05 ZRG1 CVRS-Q (80) A, National Institutes of Health (March 27-28, 2014).
  - *Reviewer*, PAR 14-050: Virtual Consortium for Translational/Transdisciplinary Environmental Research (ViCTER), 2014/10 ZRG1 DKUS-C (50) R, National Institutes of Health (June 26, 2014).
  - *Reviewer*, Systemic Injury by Environmental Exposure (SIEE) Special Emphasis Panel 2014/10 ZRG1 DKUS-C (90) S, National Institutes of Health (June 25-26, 2014).
  - *Reviewer,* Maryland Industrial Partnerships Program (MIPS) (June, 2014)
  - *Reviewer*, Systemic Injury by Environmental Exposure (SIEE) Study Section, ZRG1 SIEE C 01Q National Institutes of Health (February 18-19, 2015).
  - *Reviewer,* "NIAID Asthma and Allergic Diseases Cooperative Research Centers (U19) Review

**EXHIBIT 1**
**Page 6 of 25**

Panel" ZAI1-LAR-I-M1, National Institutes of Health (March 15-17, 2016)
- o *Reviewer*, Systemic Injury by Environmental Exposure (SIEE) Study Section, SIEE 2016/10 National Institutes of Health (June 23-24, 2016).
- o *Ad Hoc Reviewer*, University of Utah Seed Grant Committee, Fall 2016.
- o *Ad Hoc Reviewer,* Pilot Projects Through BUILD EXITO at Portland State (2017)
- o *Reviewer and Member,* Special Emphasis Panel/Scientific Review Group meeting (P30 Grants), August 29-30, 2017, Durham, NC.
- o *Reviewer and Member,* Special Emphasis Panel/Scientific Review Group meeting (T32 Grants), November 14, 2017, Durham, NC.
- o *Reviewer and Member,* Special Emphasis Panel/Scientific Review Group meeting (P30 Grants), August 28-30, 2018, Durham, NC.
- o *Reviewer and Member,* Special Emphasis Panel/Scientific Review Group meeting (T32 Grants), November 1-2, 2018, Durham, NC.
- o *Reviewer and Member,* Special Emphasis Panel/Scientific Review Group meeting (P30 Grants), August 14-15, 2019, Durham, NC.
- o *Reviewer and Member,* Special Emphasis Panel/Scientific Review Group meeting (T32 Grants), October 30-31, 2019, Durham, NC.
- o *Reviewer*, NIEHS RIVER (R35) Review Panel, November 7, 2019, Durham, NC.
- o *Reviewer*, UC-Davis EHSC Pilot Project Competition, January 2020.
- o *Reviewer,* University of Utah Center for Ageing Research Pilot Grant Program, April 2020.
- o *Reviewer and Member,* Special Emphasis Panel/Scientific Review Group meeting (P30 Grants), October 19-21, 2020, Virtual Meeting.
- o *Reviewer and Member,* Special Emphasis Panel/Scientific Review Group meeting (T32 Grants), November 19-20, 2020, Virtual Meeting.
- o *Reviewer and Member,* Special Emphasis Panel/Scientific Review Group meeting (P30 Grants), October 4-6, 2021, Virtual Meeting.
- o *Reviewer*, CCRP (Chemical Countermeasures Research Program) Initiative: Chemical Threat Agent-induced Pulmonary and Ocular Pathophysiological Mechanisms (R01 Clinical Trial Not Allowed) Special Emphasis Panel, 2022/05 ZES1 LWJ-D (R1) 2, March 15, 2022, Virtual Meeting.

## *Professional Organizations and Affiliations:*
- *Mountain West Society of Toxicology* (1996-Present)
- *American Society of Pharmacology and Experimental Therapeutics* (2001-Present).
- *Society of Toxicology* (1997-Present).
- *International Society for the Study of Xenobiotics* (2001-Present).
- *Faculty of 1000 Medicine* - Associate Member (2010-present). Anesthesiology and Pain Management; Airway and Respiratory Physiology and General Pharmacology section; Respiratory Disorders and Disease, Environmental and Occupational Lung Disease section.
- *Member,* Nano Institute of Utah - Nanobiosensors and Nanomedicine Units (2010-present)
- *Member,* University of Utah Center for Genomic Medicine (2019-present)
- *Founding Member and Co-Associate Director of Research,* University of Utah Center of Excellence for Exposure Health Informatics (CEEHI) (2019-present)

## *Student/Post-Doctoral Mentorship:*
### *Graduate:*
**Ashwini S. Sabnis, PhD (2003-2007)**
*Post-Doctoral Fellowship, Center for Human Toxicology, University of Utah and Washington University (Dr. Evan Kharasch, M.D., PhD.).*

**EXHIBIT 1**
**Page 7 of 25**

*Current: Senior Regulatory Affairs Specialist, Office of Clinical research, University of Pennsylvania, Perelman School of Medicine.*

**Karen C. Thomas, PharmD/PhD (2005-2010)**
*Fellowship, Utah Poison Control Center (Dr. Barbara Crouch, PharmD.).*
*Current: Pharmacist, University of Utah Hospitals and Clinics.*

**Tatjana S. Bevans, CRNA/PhD (2013-2016)**
*CRNA University Hospitals and Clinics, Director of CRNA Research, Univ. of Utah Department of Anesthesiology.*
*Current: Private practice anesthesiology, PKPD researcher*

**Chris R. Stockmann, PhD (2013-2015)**
*Assistant Professor, Univ. of Utah Department of Pediatrics - Infectious Diseases Division*
*Current: Deceased - 7/2016.*

**Katherine Burrell, PhD Candidate (2017-2022)**
*Current: Clinical Studies Project Manager, Roche, Indianapolis, IN.*

**Marysol Almestica, PhD Candidate (2018-current)**
*Current: Student in PHTX/Biological Chemistry Program.*

**Samantha Serna, PhD Student (2020-present)**
*Current: Student in PHTX/Biological Chemistry Program.*

**Amber D. King, MS, Medical Laboratory Sciences (2021-2022)**
*Current: Analytical Chemist, Utah Department of Agriculture Medical Cannabis Testing program.*


***Post-Doctoral/Other Fellows:***

**Mark E. Johansen, PhD (2003-2005)**
*Jacobs Technology, Life Sciences Testing Facility, Dugway, UT*
*Current: Division Manager, Jacobs Technology, Life Sciences Testing Facility, Dugway, UT*

**Cassie E. Deering-Rice PhD (2009-2014)**
*Research Associate, Reilly Laboratory, University of Utah, Salt Lake City, UT.*
*Current: Research Associate, Reilly Laboratory, University of Utah, Salt Lake City, UT.*

**May Hamdy Abdel Aziz, PhD (10/2013-4/2014)**
*Post-Doctoral Fellow, UCSF (Arkin Lab)*
*Current: Assistant Professor, Pharmaceutical Sciences, University of Texas, Tyler College of Pharmacy.*

**Zhenyu Lu, PhD (2015-2017)**
*Utah Department of Health, University of Utah, Salt Lake City, UT.*
*Current: Data Manager at Division of Epidemiology, University of Utah, Salt Lake City, UT*

**Joseph Rower, PhD (7/2018-present)**
*Research Assistant Professor, Reilly Laboratory, University of Utah, Salt Lake City, UT.*
*Current: Research Assistant Professor, Reilly Laboratory, University of Utah, Salt Lake City, UT (K01 recipient – I serve as Mentor).*

**Tosifa Memon, PhD (2017-2021)**
*Drug Discovery Scientist – Enveda Biosciences, Boulder, CO*

**Lili Sun, PhD (2019-present)**


***Graduate Student Rotation Mentor:***

Stacy J. Smeal (PHTX program)
Hao Sun (PHTX program)
Chad D. Moore (PHTX program)

**EXHIBIT 1**
**Page 8 of 25**

Jaya Kartha (PHTX program)
Jessica K. Roberts (PHTX program)
Thane J. Campbell (BC Program 2015)
Katherine Burrell (BC Program 2016)
Henry Weinkers (BC Program 2017)
Marysol Almestica (BC Program 2017)
Samantha Serna (BC Program 2019)

***Graduate Advisory Committees:***
Stacy J. Smeal, PhD
Amy B. Cadwallader, PhD
Jason S. Biggs, PhD
Hao Sun, PhD
Chad D. Moore, PhD
Dorinda Arch, PhD
Jaya Kartha, PhD
Greg Hadlock, PharmD/PhD
Robyn Poerschke, PhD
Jessica K. Roberts (PhD)
Justin Salvant (PhD, Chemistry, R. Looper Laboratory)
Tosifa Memon (PhD, Biology, Olivera Laboratory)
Cameron Hill, PharmD - (PhD)
Katherine Burrell (Chair)
Marysol Almestica (Chair)
Michael Chabot (PhD, Chemistry, Burrows Lab)
Barry Li (PhD candidate, Chemistry, Looper Lab)
Christopher Rudzitis (PhD Candidate Neuroscience Program, Krizaj Lab)
Uzoamaka Arinzechukwu Olive Nwgagbo (PhD Pharm/Tox & Ocular Visual Sciences, Bernstein Lab)
Amber King (Chair, MS Medical Laboratory Sciences)
Jacklyn Nguyen (PhD, Venosa Lab)
Jeffrey Mensah (PhD, Wilcox Lab)
Min-Jee Goh (PharmD/PhD, Wilcox Lab)
Reuben Attah (PhD, Engineering, Kelly Lab)
Samantha Serna (Chair)

***Undergraduate/Other:***
Jennifer Bankhead, BS *(USU Technician 1998-1999)*
Scott Hansen, BS *(USU Technician 1998-1999)*
Mijuan Esam *(UCSC/SURF)*
Andressa Ardiani, BS *(WSU/SURF)*
Darien Shapiro, BS *(UU/SURF/ BioURP program, Honors Thesis Advisor 2012-2014)*
Nick Hallstrom *(Juan Diego Catholic High School Honors Science Research Experience 2014)*
Quang Phan, PharmD. *(Drake U/SURF 2014)*
Virginia K. Mitchell, BS *(UU/BioURP2014-2016)*
Alexia Perryman, BS *(SJSU/Graduate Preparation Institute program for underrepresented college juniors and seniors in STEM fields 2016)*
Erin G. Romero (*UU Technician/Research Specialist 2010-2015, 2022-present*)
Seychelle Marcus, BS *(UU/BioURP 2015-2017)*

**EXHIBIT 1**
**Page 9 of 25**

Darsham Shimpi *(Juan Diego Catholic High School Honors Science Research Experience 2015)*
Nam Nguyen, BS with honors *(UU Undergraduate technician, UROP Awardee 2016, 2017, Dee Foundation-Undergraduate Research Scholarships for Summer or Fall 2019, 2020 College of Pharmacy Undergraduate Researcher of the Year)*
Hannah Peterson, BS *(UU Summer undergraduate (SPUR) research program 2017)*
Katherine Rose, BS *(UU Technician 2017-2019)*
Abby Scott, BS *(Westminster College 2017-2019)*
Emmanuel Reyes-Rapp, BS *(Technician 2019-2021; U Penn Developmental Biology PhD Program)*
Eric Wu *(Juan Diego Catholic High School Honors Science Research Experience 2022)*
Carson Wright *(Waterford Academy Summer Science Research Experience 2022)*
Brylee Cruz *(West High School Summer Science Research Experience 2022)*
Christopher Madden *(Juan Diego Catholic High School Honors Science Research Experience 2023)*

### *Teaching:*

**Pharmacology/Toxicology, Mechanisms of Toxicity (PHTX 6630).** "Hepatotoxicity; P450 Bioactivation/Reactive Intermediate Toxicities" (2003-2005)

**Pharmacology/Toxicology, Methods in Pharmacology (PHTX 6600).** "Cloning, Site-directed Mutagenesis and Molecular Toxicology Research" (2003-2012)

**Pharmacology/Toxicology, Principles of Toxicology (PHTX 7114).** "Metal Toxicity," "Pesticide Toxicity," "Toxic Responses of the Skin and Ocular and Visual Systems," "Mechanisms of Renal Toxicology," "Reactive Intermediates and Biomolecule Adduct Formation: Identification and Roles in Toxicology." "Mechanisms of Toxicity: Reactive Intermediates" (2005-2008, 2019-present)

**Pharmaceutics, Genetic Engineering (PHCEU 7010/7960).** "Recombinant Proteins and Protein Interaction Methods," "Macromolecular Binding Interactions," "Genetic Manipulation of Cells and Organisms," and "Gene Expression Analysis, Microarrays and Cell Culture." (2007-2011)

**Fundamentals of Pharmaceutical Sciences (PHARM 5113)** *"*Mechanisms of Toxicity: Reactive Intermediates and Drug-Drug Interactions" (2011-2014).

**Pharmacology/Toxicology, Professional Skills (PHTX 7690).** Grant reviewer. (2013)

**Inter-professional Education (IPE) Program (UUHSC 5600/6600-01).** Faculty Facilitator. "Outpatient Stroke Scenario" (1X), "Total Knee Replacement Scenario" (3X). (2014-present)

**Pharmacology II (PHTX 5221).** "Agents Affecting $Ca^{++}$ Metabolism" and "Antifungals" (2014-2016), "Newer Antibiotics" (2015-2016), "Treatment of Urinary Tract Infections" (2015-2016), "Anemias" (2016-2017).

**Biomedical Basis of Disease (Pathophysiology PHTX 5121).** "Structure and Function of the Pulmonary System" and "Pulmonary Diseases" (2014-2016)

**Developments in Biochemical Toxicology (PHTX 6710).** Course Director. (2013-2022)

**Common Medicines (PHTX 2700).** "Antibiotics" (2015-2017)

**PharmD Clinical Seminar Series.** Facilitator (3 sessions, 2015-2017)

**Biochemical Mechanisms of Signal Transduction (PHTX 7500)** "TRP Channels: Taste, Temperature, Toxicology, and Therapeutic Targets" (2015-present)

**Integrated Pharmacotherapy (PHARM 6252)** Pulmonary Structure, Function, and Diseases; Pharmacology of Therapeutics for asthma and COPD (2017-present)

**Integrated Pharmacotherapy II (PHARM 6253)** Pathophysiology and Treatment of Urinary Tract Infections (2017-2019)

**Foundation of Immunopathology (PHARM 5130/7130)** *"*Mechanisms of Toxicity: Reactive Intermediates and Drug-Drug Interactions" (2016-present). "Histamine and Mast Cells" (2017-present) Co-Course Leader 2016, Course Leader 2017-present.

**Guest Lecturer, University of Connecticut "Advanced Toxicology" course:** Respiratory Toxicology (2020-2022)

**EXHIBIT 1**
**Page 10 of 25**

### *Research Publications:*

1. **Reilly, C.A.**, and Aust, S.D. (1997) Peroxidase Substrates Stimulate the Oxidation of Hydralazine to Metabolites which cause Single-Strand Breaks in DNA. *Chem. Res. Tox.* 10, 328-334.

2. **Reilly, C.A.**, and Aust, S.D. (1997) Stimulation of the Ferroxidase Activity of Ceruloplasmin during Iron Loading into Ferritin. *Arch. Biochem. Biophys.* 347, 242-248.

3. **Reilly, C.A.**, Sorlie, M., and Aust, S.D. (1998) Evidence for a Protein-Protein Complex during Iron Loading into Ferritin by Ceruloplasmin. *Arch. Biochem. Biophys.* 354, 165-171.

4. **Reilly, C.A.**, and Aust, S.D. (1998) Iron Loading into Ferritin by an Intracellular Ferroxidase. *Arch. Biochem. Biophys.* 359, 69-76.

5. **Reilly, C.A.**, Crouch, D.J., and Yost, G.S. (2001) Quantitative Analysis of Capsaicinoids in Fresh Peppers, Oleoresin Capsicum, and Pepper Spray Products. *J. Forensic Sci.* 46, 502-509.

6. **Reilly, C.A.**, Crouch, D.J., Fatah, A.A., and Yost, G.S. (2001) Determination of Capsaicin, Dihydrocapsaicin, and Nonivamide in Self-Defense Weapons by Liquid Chromatography-Mass Spectrometry and Liquid Chromatography-Tandem Mass Spectrometry. *J. Chromatogr. A* 912, 259-267.

7. **Reilly, C.A.**, Crouch, D.J., Andranyak, D.A., and Yost, G.S.  (2002) Detection of Pepper Spray Residues on Fabrics Using Liquid Chromatography-Mass Spectrometry. *J. Forensic Sci.* 47, 37-43.

8. Welch, K.D., **Reilly, C.A.**, and Aust, S.D. (2002) The Role of Cysteine Residues in the Oxidation of Ferritin. *Free Rad. Biol. Med.* 33, 399-408.

9. **Reilly, C.A.**, Crouch, D.J., Yost, G.S., and Fatah, A.A. (2002) Determination of Capsaicin, Nonivamide, and Dihydrocapsaicin in Blood and Tissue by Liquid Chromatography-Tandem Mass Spectrometry. *J. Analyt. Toxicol.* 26, 313-319.

10. **Reilly, C.A.**, Ehlhardt, W.J., Jackson, D.A., Kulanthaivel P., Mutlib, A.E., Espina, R.J., Moody D.E., Crouch, D.J., and Yost, G.S. (2003) Metabolism of Capsaicin by Cytochrome P450 Produces Novel Dehydrogenated Metabolites and Decreases Cytotoxicity to Lung and Liver Cells. *Chem. Res. Toxicol.* 16(3), 336-349.

11. **Reilly, C.A.**, Taylor, J.L., Lanza, D.L., Carr, B.A., Crouch, D.J., and Yost, G.S.  (2003) Capsaicinoids Cause Inflammation and Epithelial Cell Death through Activation of Vanilloid Receptors. *Toxicol. Sci.* 73, 170-181.

12. **Reilly, C.A.** and Crouch, D.J. (2003) Analysis of the Nutritional Supplement 1AD, Its Metabolites, and Related Endogenous Hormones in Biological Matrices Using Liquid Chromatography-Tandem Mass Spectrometry. *J. Analyt. Toxicol.* 28, 1-10.

13. Pershing, L.K., **Reilly, C.A.**, and Crouch, D.J.  (2004) Effects of Vehicle on The Uptake and Elimination Kinetics of Capsaicinoids In Human Skin In Vivo. *Toxicol. Appl. Pharmacol.* 200, 73-81.

14. Simmons, A.C., Ghanayem, B.I., Sharma, A., **Reilly, C.A.**, Millen, B., Yost, G.S., and Forkert, P.-G. (2004) Bioactivation of 1,1-Dichloroethylene by CYP2E1 and CYP2F2 in Murine Lung. *J. Pharmacol. Exp. Therap.* 310(3), 855-864.

15. Simmonds, A.C., **Reilly, C.A.**, Baldwin, R.M., Ghanayem, B.I., Lanza, D.L., Yost, G.S., Collins, K.S., and Forkert, P.G.  (2004) Bioactivation of 1,1-dichloroethylene to its epoxide by CYP2E1 and CYP2F enzymes. *Drug Metab. Disp.* 32(9), 1032-1039.

16. Veranth, J.M., **Reilly, C.A.**, Veranth, M.M., Moss, T.A., Langelier, C.R., Lanza, D.L., and Yost, G.S. (2004) Inflammatory cytokines and cell death in BEAS-2B lung cells treated with soil dust, Lipopolysaccharide, and surface-modified particles. *Toxicol. Sci.* 82, 88-96.

17. **Reilly, C.A.** and Yost, G.S. (2005) Structural and Enzymatic Parameters that Determine Alkyl Dehydrogenation/Hydroxylation of Capsaicinoids by P450 Enzymes. *Drug Metab. Disp.*, 33(4), 530-6.

18. **Reilly, C.A.**, Johansen, M.E., Lanza, D.L., Lee, J., Lim, J-O., and Yost, G.S. (2005) Calcium-

**EXHIBIT 1**
**Page 11 of 25**

dependent and independent mechanisms of capsaicin receptor (TRPV1)-mediated cytokine production and cell death in human bronchial epithelial cells. *J Biochem. Mol. Toxicol.*, 19(4), 266-275.

19. Johansen M.E., Reilly C.A., and Yost G.S. (2006) TRPV1 Antagonists Elevate Cell Surface Populations of Receptor Protein and Exacerbate TRPV1-Mediated Toxicities in Human Lung Epithelial Cells. *Toxicol. Sci.*, 89(1), 278-286. *(Manuscript Highlighted)*

20. Pershing, L.K., **Reilly, C.A.**, Corlett, J.L., and Crouch, D.J. (2006) Assessment of Pepper Spray Product Potency in Asian and Caucasian Forearm Skin using TEWL, Skin Temperature, and Reflectance Colorimetry. *J. Appl. Toxicol.* 26(1), 88-97.

21. Phillips, J.D., Bergonia, H., **Reilly, C.A.**, Franklin, M.R., and Kushner, J.P. (2006) A Porphomethene Inhibitor of Uroporphyrinogen Decarboxylase Causes Porphyria Cutanea Tarda. *Proc. Nat. Acad. Sci.,* 104(12), 5079-5084.

22. Thomas, K.C., Sabnis, A.S., Johansen, M.E., Moos, P.J., Yost, G.S., and **Reilly, C.A.** (2007) TRPV1 Agonists Cause Endoplasmic Reticulum Stress and Cell Death in Human Lung Cells. *J. Pharmcol. Exp. Therap.* 321(3), 830-838.

23. Sun H., Ehlhardt, W.J., Kulanthaivel, P., Lanza, D.L., **Reilly, C.A.**, and Yost G.S. (2007) Dehydrogenation of Indoline by Cytochrome P450 Enzymes: A Novel "Aromatase" Process. *J. Pharmacol. Exp. Therap.* 322(2), 843-851.

24. Veranth, J.M., Cutler, N.S., Kaser, E.G., **Reilly, C.A.**, and Yost, G.S. (2008) Effects of Cell Type and Culture Media on Interleukin-6 Secretion in Response to Environmental Particles. *Toxicol. In Vitro* 22, 498-509.

25. Sabnis, A.S., Shadid, M., Yost, G.S., and **Reilly, C.A.**, (2008) Human Lung Epithelial Cells Express a Functional Cold-Sensing TRPM8 Variant. *Am. J. Resp. Cell Mol. Biol.* 39(4), 466-474**.**

26. Sabnis, A.S., **Reilly, C.A.**, Veranth, J.M., and Yost, G.S., (2008) Increased Transcription of Cytokine Genes in Human Lung Epithelial Cells through Activation of a TRPM8 Variant by Cold Temperatures. *Am. J. Physiol-Lung Cell Mol. Physiol.* 295(1), L194-200.

27. Kartha, J.S., Skordos, K.W., Sun, H., Hall, C., Easterwood, L.M., **Reilly, C.A.**, Johnson, E.F., and Yost, G.S. (2008) Single Mutations Change CYP2F3 from a Dehydrogenase of 3-Methylindole to an Oxygenase. *Biochemistry* 47, 9750-9770.

28. Moore, C.D., **Reilly, C.A.**, Yost, G.S. (2010) CYP3A4-Mediated Dehydrogenation Versus Oxygenation of Raloxifene. *Biochemistry* 49, 4466-4475.

29. Murai, T, **Reilly, C.A.**, Ward, R.M., and Yost, G.S. (2010) Fluticasone Propionate, an Inhaled Glucocorticoid, is a Potent Inactivator of CYP3A5, the Predominant Pulmonary P450 Enzyme. *Chem. Res. Toxicol.* 23, 1356-1364.

30. Thomas, K.C., Ethirajan, M., Shahrokh, K., Sun, H., Lee, J., Cheatham III, T.E., Yost, G.S., and **Reilly, C.A.** (2011) Structure Activity Relationship of Capsaicin Analogues and TRPV1-Mediated Human Lung Epithelial Cell Toxicity. *J. Pharm. Exp. Ther.* 337(2), 400-410. PMID: 21343315

31. Alex, A.B., Saunders, G.W., Dalpé-Charron, A., **Reilly, C.A.**, and Wilcox, K.S. (2011) CGX-1007 prevents excitotoxic cell death via actions at multiple types of NMDA receptors. *Neurotoxicology* 32, 392-399.

32. Lin, Z., **Reilly, C.A.**, Antemano, R., Hughen, R.W., Marett, L., Concepcion, G.P., Haygood, M.G., Olivera, B.M., Light, A., and Schmidt, E.W. (2011) Nobilamides A-H, Long-Acting Transient Receptor Potential Vanilloid-1 (TRPV1) Antagonists from Mollusk-Associated Bacteria. *J. Med. Chem.* 54, 3746-3755.

33. Deering-Rice, C.E., Romero, E.G., Shapiro, D., Hughen, R.W., Light, A.R., Yost, G.S., Veranth, J.M., and **Reilly, C.A.** (2011) Electrophilic Components of Diesel Exhaust Particles (DEP) Activate Transient Receptor Potential Ankyrin-1 (TRPA1): A Probable Mechanism of Acute Pulmonary Toxicity for DEP. *Chem. Res. Toxicol.* 24, 950-959. PMCID: PMC3133601.

34. Thomas, K.C., Roberts, J.K., Deering-Rice, C.E., Dull, R.O., Lee, J., Yost, G.S., and **Reilly, C.A.** (2012) Contributions of TRPV1, Endovanilloids and Endoplasmic Reticulum Stress to Lung Cell

**EXHIBIT 1**
**Page 12 of 25**

Death *In Vitro* and Lung Injury. *Am. J. Physiol.-Lung Cell Mol. Physiol.* 302(1), L111-119.

35. Deering-Rice, C.E., Johansen, M.E., Roberts, J.K., Thomas, K.C., Romero, E.G., Lee, J., Yost, G.S., Veranth, J.M., and **Reilly, C.A.** (2012) Transient Receptor Potential Vanilloid-1 (TRPV1) Is a Mediator of Lung Toxicity for Coal Fly Ash Particulate Material. *Mol. Pharmacol*. 81(3), 411-419. PMCID: PMC3286291.

36. **Reilly, C.A.**, Henion, F., Bugni, T.S., Ethirajan, M., Stockmann, C., Pramanik, K.C., Srivastava, S.K., and Yost, G.S. (2013) Reactive Intermediates Produced from Metabolism of the Vanilloid Ring of Capsaicinoids by P450 Enzymes. *Chem. Res. Toxicol.*, 26, 55-66. *(Manuscript Highlighted).*

37. Lin, Z., Torres, J., Ammon, M-A., Marett, L., Teichert, R., **Reilly, C.A.**, Kwan, J.C., Hughen, R.W., Flores, M., Peraud, O., Light, A., Villaraza, A., Haygood, M.G., Concepcion, G.P., Olivera, B.M., and Schmidt, E.W. (2013) A bacterial source for mollusk pyrone polyketides. *Chem. Biol., 20, 73-81.*

38. Stockmann, C., Fassl, B., Gaedigk, R., Nkoy, F, Uchida, D., Monson, S., **Reilly, C.A.**, Leeder, J.S., Yost, G.S., Ward, R.M., (2013) Fluticasone Propionate Pharmacogenetics: CYP3A4*22 Polymorphism Improves Pediatric Asthma Control. *J. Pediatrics*. 162, 1222-1227.

39. Moore, C.D., Roberts, J.K., Orton, C.R., Murai, T., Fidler, T.P., **Reilly, C.A.**, Ward, R.M., and Yost, G.S. (2013) Metabolic Pathways of Inhaled Glucocorticoids by the CYP3A Enzymes. *Drug Metab. Disp.,* 41(2), 379-389.

40. Roberts, J.K., Moore, C.D., Ward, R.M., Yost, G.S., and **Reilly, C.A.** (2013) Metabolism of Beclomethasone Dipropionate by Cytochrome P450 3A Enzymes. *J. Pharmacol. Exp. Therap.,* 345, 308-316**.**

41. Shapiro, D., Deering-Rice, C.E., Romero, E.G., Hughen, R.W., Light, A.R., Veranth, J.M., and **Reilly, C.A.** (2013) Activation of Transient Receptor Potential Ankyrin-1 (TRPA1) by Wood Smoke Particulate Material. *Chem Res. Toxicol.*, 26, 750-758. PMCID: PMC3670828.

42. Roberts, J.K., Moore, C.D., Romero, E.G., Ward, R.M., Yost, G.S., and **Reilly, C.A.** (2013) Regulation of CYP3A Genes by Glucocorticoids in Human Lung Cells. *F1000 Research* 2:173, 1-10. *(Featured article).*

43. Deering-Rice, C.E., Mitchell, V.K., Romero, E.G., Abdel Aziz, M.H., and **Reilly, C.A.** (2014) Drofenine: a 2-APB analog with improved selectivity for human TRPV3. *Pharmacol. Res. & Perspectives.* 2(5), 1-10.

44. Lin, Z., Koch, M., Abdel Aziz, M.H., Tianero, D., Galindo, R., Cheatham III, T.E.; Barrows, L., **Reilly, C.A.**; Schmidt, E.W. (2014) Oxazinin A, a pseudodimeric natural product of mixed biosynthetic origin from a filamentous fungus. *Org. Lett.* 16, 4774-4777.

45. Stockmann, C., Ross, J.S., Sherwin, C.M., **Reilly, C.A.**, McDowell, B., Fassl, B., Nkoy, F., Maloney, C.G., and Spigarelli, M.G. (2014) Outcome Reporting among Asthma Trials in ClinicalTrials.gov and the Published Literature. *J. Allergy. Clin. Immunol.*, 134(6), 1443-1446.

46. Rose, T.M., **Reilly, C.A.**, Deering-Rice, C.E., Brewster, C., Brewster, C. (2014) Inhibition of FAAH, TRPV1, and COX2 by NSAID-Serotonin Conjugates. *Bioorg. Med. Chem. Lett.* 24, 5695-5698.

47. Stockmann, C., **Reilly, C.A.**, Fassl, B., Gaedigk, R., Nkoy, F., Stone, B., Roberts, J.K., Uchida, D.A., Leeder, J.S., Sherwin, C.M.T., Spigarelli, M.G., Yost, G.S. and Ward, R.M. (2015) Effect of CYP3A5*3 on Asthma Control among Children Treated with Inhaled Beclomethasone Dipropionate. *J. Allergy. Clin. Immunol.* 136(2), 505-507.

48. Linakis, M.W., Stockman, C., Campbell, S.C., Williams, R.V., Burch, P.T., Lambert, L.M., Sherwin, C.M., **Reilly, C.A.**, and Spigarelli, M.G. (2015) Quantitative Assay Validation for Oxandrolone in Human Plasma Using LC/MS/MS. *J. Analyt. Toxicol.* 39(7):526-31.

49. Deering-Rice, C., Shapiro, D., Romero, E.G., Stockmann, C., Bevans, T., Phan, Q., Stone, B., Fassl, B., Nkoy, F., Uchida, D., Ward, R., Veranth, J., **Reilly, C.A.** (2015) Activation of TRPA1 by Insoluble Particulate Material and Association with Asthma. *Am. J. Resp. Cell Mol. Biol.* 53, 893-901. PMCID: PMC4742944

50. Roberts, J.K., Stockmann, C., Dahl, M.J., Albertine, K.H., Egan, E., Lin, Z., **Reilly, C.A.**, Ballard

EXHIBIT 1
Page 13 of 25

P.L., Ballard, R.A., Ward, R.M. (2016) Pharmacokinetics of Budesonide Administered with Surfactant in Premature Lambs: Implications for Neonatal Clinical Trials. *Current Clin. Pharmacol.* 11(1):53-61. PMID: 26416605.

51. Bevans, T.S., Deering-Rice, C.E., Stockmann, C., Light, A.R., **Reilly, C.A.**, and Sakata, D. (2016) Inhaled Remifentanil in Rodents. *Anesthesia and Analgesia*, 122(6), 1831-1838.  PMID: 26974021.

52. Deering-Rice, C., Stockmann, C., Romero, E.G., Shapiro, D., Stone, B., Fassl, B., Nkoy, F., Uchida, D., Ward, R., Veranth, J., **Reilly, C.A.** (2016) Characterization of Transient Receptor Potential Vanilloid-1 (TRPV1) Variant Activation by Coal Fly Ash Particles and Associations with Altered TRPA1 Expression and Asthma. *J. Biol. Chem.* 291(48), 24866-24879. PMCID: PMC5122759.

53. Zhang, S., Qiu, Y., Kakule, T., Lu, Z., Xu, F., Lamb, J.G., **Reilly, C.**, Yong, Z., Sham, S.W., Wang, W., Xuan, L-J., Schmidt, E., Zhan, J., (2017) Identification of cyclic depsipeptides and their dedicated synthetase from *Hapsidospora irregularis. J. Nat. Prod.* 80, 363-370. PMID: 28106998.

54. Bevans, T.S., Deering-Rice, C.E., Stockmann, C., Rower, J., Sakata, D., and **Reilly, C.A.** (2017) Inhaled Remimazolam Potentiates Inhaled Remifentanil in Rodents. *Anesthesia and Analgesia* 124(5):1484–1490. PMID: 28333705.

55. Lamb, J.G., Romero, E.G., Lu, Z., Marcus, S.K., Peterson, H., Veranth, J.M., Deering-Rice, C.E., and **Reilly, C.A.** (2017) Activation of Human Transient Receptor Potential Melastatin-8 (TRPM8) by Calcium-Rich Particulate Materials and Effects on Human Lung Cells. *Mol. Pharmacol.* 92(6), 653-664. PMCID: PMC5695664.

56. Jaramillo, I., Sturrock, A., Kelly, K., Ghiassi, H., Jeanann, D., Deering-Rice, C., **Reilly, C.**, Paine, R., Lighty, J. (2018) Effects of Fuel Components and Combustion Particle Physico-chemical Properties on Toxicological Responses in Lung Cells. *Journal of Environmental Science and Health, Part A,* 53(4), 295-309. PMCID: PMC5815945.

57. Bevans, T.S., Clegg, D.O., Sakata, D.J., and **Reilly, C.A.**, (2018) Letter to the Editor: Remifentanil Stability. *Anesthesia and Analgesia*, 127(3), e51-e52. PMID: 29958225.

58. Deering-Rice, C.E., Nguyen, N., Lu, Z., Cox, J., Shapiro, D., Romero, E.G., Mitchell, V.K., Burrell, K.L., Veranth, J.M., **Reilly, C.A.** (2018) Activation of TRPV3 by Wood Smoke Particles and Roles in Pneumotoxicity. *Chem. Res. Toxicol.*, 31, 291-301. *Cover Article. PMCID: PMC6342208.

59. Lin, Z., Phadke, S., Lu, Z., Beyhan, S., Abdelaziz, M., **Reilly, C.A.**, Schmidt, E.W. (2018) Onydecalins, fungal polyketides with anti-Histoplasma and anti-TRP activity. *J. Nat. Prod.* 81(12), 2605-2611. PMCID: PMC6474802.

60. Mohammadpour, R., Yazdimamaghani, M., **Reilly, C.**, Ghandehari, H. (2019) Transient Receptor Potential (TRP) Ion Channel - Dependent Toxicity of Silica Nanoparticles and Poly(amido amine) (PAMAM) Dendrimers. *J. Pharmacol. Exp. Ther.* 370, 751-760. PMCID: PMC6806633.

61. Memon, T., Yarishkin, O., **Reilly, C.A.**, Krizaj, D., Olivera, B.M., Teichert, R.W. (2019) *trans*-Anethole of Fennel Oil, a Sweet Agonist of TRPA1 Channel. *Mol. Pharmacol*. 95(4), 433-441. PMCID: PMC6408737

62. Rower, J.E., Anderson, D.J., Sherwin, C.M., **Reilly, C.A.**, Ballard, P.L., McEvoy, C.T., Wilkins, D.G. (2019). Development and Validation of an Assay for Quantifying Budesonide in Dried Blood Spots Collected from Extremely Low Gestational Age Neonates. *Journal of Pharmaceutical and Biomedical Analysis* 167, 7-14. PMCID: PMC7233423.

63. Deering-Rice, C.E., Memon, T, Lu, Z., Romero, E.G., Cox, J.S., Taylor-Clark, T., Veranth, J.M., and **Reilly, C.A.** (2019) Differential Activation of TRPA1 by Diesel Exhaust Particles:  Relationships between Chemical Composition, Potency, and Lung Toxicity, *Chem. Res. Toxicol.* 32, 1040-1050. PMCID: PMC6959364.

64. Lin, Z., Kakule, T., Reilly, C.A., Beyhan, S., Schmidt, E.W. (2019) Secondary Metabolites of Onygenales Fungi Exemplified by *Aioliomyces pyridodomos*. *J. Nat. Prod.* 82, 1616-1626. PMCID: PMC7093054.

65. Kaur, K., Jaramillo, I.C., Mohammadpour, R., Sturrock, A., Ghandehari, H., **Reilly, C.**, Paine, R.,

**EXHIBIT 1**
**Page 14 of 25**

Kelly, K. (2019). Effect of collection methods on combustion particle physicochemical properties and their biological response in a human macrophage-like cell line. *J Environ Sci. Health A, Tox Hazard Subst. Environ. Eng.,* 54(12) 1170-1185. PMCID: PMC6801061.

66. Kaur, K., Mohammadpour, R., Jaramillo, I.C., Ghandehari, H., **Reilly, C.**, Paine, R., Kelly, K. (2019) Application of a Quartz Crystal Microbalance to Measure the Mass Concentration of Combustion Particle Suspensions. *J. Aerosol Sci.,* 137, article 105445. https://doi.org/10.1016/j.jaerosci.2019.105445. PMCID: PMC7448758.

67. Linakis, M., Rower, J., Susan Sorenson, S., **Reilly, C.**, Lambert, L., Williams, R., Burch, P. (2020) Stability of Oxandrolone in Medium-Chain Triglyceride Oil and Pharmacokinetics Following Buccal Administration of the Extemporaneous Formulation in Neonates and Adults. *J. Ped. Pharmacol. Therapeutics* 25(3),220-227. PMCID: PMC7134583.

68. Zhu, J., Tian, K., **Reilly, C.A.**, Qui, X. (2020) Capsaicinoid metabolism by the generalist *Helicoverpa armigera* and specialist *H. assulta*: Species and tissue differences. *Pesticide Biochem and Physiol*., 163, 164-174. PMID: 31973854.

69. Memon, T.A., Nguyen, N.D., Burrell, K.L., Scott, A.F., Almestica-Roberts, M., Deering-Rice, C.E., **Reilly, C.A.** (2020) Wood Smoke Particles Stimulate MUC5AC Overproduction by Human Bronchial Epithelial Cells through TRPA1 and EGFR Signaling. *Toxicol. Sci.* 174(2), 278-290. PMCID: PMC7098379.

70. Nguyen. N.D., Memon, T.A., Burrell, K.L., Almestica-Roberts, M., Rapp, E., Sun. L., Scott, A.F., Deering-Rice, C., Rower, J.E., **Reilly, C.A.** (2020) Transient Receptor Potential Ankyrin-1 (TRPA1) and Vanilloid-3 (TRPV3) Differentially Regulate Endoplasmic Reticulum Stress and Cytotoxicity in Human Lung Epithelial Cells Following Pneumotoxic Wood Smoke Particle Exposure. *Molec. Pharmacol.* 98, 586-597. PMCID: PMC7569310.

71. Kaur, K., Overacker, D., Ghandehari, H., **Reilly, C.**, Paine, R., Kelly, K.E. (2021) Determining real-time mass deposition with a quartz crystal microbalance in an electrostatic, parallel-flow, air-liquid interface exposure system. *J. Aerosol Sci.,* 151, 105653. PMCID: PMC7529104.

72. Niu, C., Leavitt, L.S., Lin, Z., Paguigan, N.D., Sun, L., Zhang, J., Torres, J.P., Raghuramen, S., Chase. K, Cadeddu, R., Karthikeyan, M., Bortolato, M., **Reilly, C.A.**, Hughen, R.W., Light, A.R., Olivera, B.M., and Schmidt, E.W. (2021) Neuroactive Type-A γ-Aminobutyric Acid Receptor Allosteric Modulator Steroids from the Hypobranchial Gland of Marine Mollusk, *Conus geographus. J.Med. Chem.*, 64(10):7033-704. PMID: 33949869.

73. Paguigan, N., Tun, J., Leavitt, L., Lin, Z., Chase, K., Dowell, C., Deering-Rice, C., Lim, A., Karthikeyan, M., Hughen, R., Zhang, Ji., Peterson, R., **Reilly, C.,** Light, A., Raghuraman, S., McIntosh, M., Olivera, B., Schmidt, E. (2021) Nicotinic acetylcholine receptor partial antagonist polyamides from tunicates and their predatory sea slugs. *ACS Chem. Neurosci.,* 12(14):2693-2704. PMCID: PMC8487611.

74. Burrell, K.L., Nguyen, N.D., Deering-Rice, C.E., Memon, T.A., Almestica-Roberts, M., Rapp, E., Serna, S.N., Lamb, J.G., and **Reilly, C.A.** (2021) Dynamic Expression of TRPV3 and Integrated Signaling with Growth Factor Pathways During Lung Epithelial Wound Repair Following Wood Smoke Particle and Other Forms of Lung Cell Injury. *Mol. Pharmacol.* 100, 296-307. PMID: 34290137; PMCID: In Progress.

75. Paguigan, N.D, Yan, Y., Karthikeyan, M., Chase, K., Carter, J., Leavitt, L.S., Lim, A.L., Lin, Z., Memon, T., Christensen, S.B., Bentzen, B.H., Schmitt, N., **Reilly, C.A.**, Teichert, R.W., Olivera, B.M., Raghuraman, S., and Schmidt, E.W. (2021) The tunicate metabolite 2-(3,5-diiodo-4-methoxyphenyl)ethan-1-amine targets ion channels of vertebrate sensory neurons. *ACS Chem. Biol.* 16(9):1654-1662. PMID: 34423964.

76. Imburgia, C.E., Rower, J.E., Green, D., McKnight, A., Kelley, W., **Reilly, C.A.**, and Watt, K.M. (2021) Remdesivir and GS-441524 Extraction by Ex Vivo Extracorporeal Life Support Circuits. *ASAIO Journal* doi: 10.1097/MAT.0000000000001616.

**EXHIBIT 1**
**Page 15 of 25**

77. Beierle, J., Yao, E., Goldstein, S., Lynch, W., Scotellaro, J., Sena, K., Wong, A. Linnertz, C., Averin, O., Moody, D., **Reilly, C.** Peltz, G., Emili, A., Ferris, M., and Bryant, C. (2022) Zhx2 is a candidate gene underlying oxymorphone metabolite brain concentration associated with state-dependent oxycodone reward. *J. Pharmcol. Exp. Ther.* 382(2):167-180. PMCID: PMC9341249.

78. 11. Kaur, K., Mohammadpour, R., Sturrock, A., Ghandehari, H., **Reilly, C.,** Paine, R., Kelly, K. (2022) Comparison of Biological Response between Submerged, Pseudo-Air-Liquid Interface, and Air-Liquid Interface Exposure of A549 and Differentiated THP-1 Co-cultures to Combustion-Derived Particles. *J Environ Sci. Health A, Tox Hazard Subst. Environ. Eng.*, 57(7) 540-551. PMCID: PMC9354920.

79. Kaur, K., Mohammadpour, R., Ghandehari, H., **Reilly, C.,** Paine, R., Kelly, K. (2022) Effect of Combustion Particle Morphology on Biological Responses in a Co-culture of Human Lung and Macrophage Cells. *Atmospheric Env.* 284, 119194. PMCID: PMC9348743.

80. Nguyen, J., Deering-Rice, C.E., Armstrong, B., Massa, C., **Reilly, C.A.,** and Venosa, A. (2022) Parenchymal and Inflammatory Cell Responses to Single and Repeated Ozone Exposure in Healthy and Surfactant Protein-C Mutant Lung. *Toxicol. Sci.* 189(1), 107-123. PMCID: PMC9412175.

81. Kaur, K., Jaramillo, I.C., Mohammadpour, R., Sturrock, A., Ghandehari, H., **Reilly, C.,** Paine, R., Kelly, K. (2022) Challenges Associated with Obtaining Distinct Size Fractions of Combustion-Derived Particles for in Vitro Toxicological Studies. *J. Aerosol Sci.* (**Submitted** 11/2/21).

82. Mensah, J.A., Johnson, K., **Reilly, C.A.,** Wilcox, K.S., Rower, J.E., and Metcalf, C.S. (2022) Evaluating the efficacy of prototype antiseizure drugs using a preclinical pharmacokinetic approach. *Epilepsia.* 63(11):2937-2948. PMCID: PMC9669179.

83. Sun, L. Zhang, J., Niu, C., Deering-Rice, C.E., Hughen, R.W., Lamb, J.G., Rose, K., Chase, K.M., Almestica-Roberts, M., Walter, M., Schmidt, E.W., Light, A.R., Olivera, B.M., and **Reilly, C. A.,** (2023) CYP1B1-derived epoxides modulate the TRPA1 channel in chronic pain. *Acta Pharmaceutica Sinica B.* 13(1), 68-81. PMCID: PMC9939319.

84. Warren, K., Deering-Rice, C., Huecksteadt, T., Trivedi, S., Venosa, A., **Reilly, C.,** Sanders, K., Clayton, F., Wyatt, T.A., Poole, J.A., Heller, N.M., Leung, D., and Paine, R. (2023) Steady-state estradiol triggers a unique innate immune response to allergen resulting in increased airway resistance. *Biol. Sex. Differ.* 14, 2. PMCID: PMC9817388.

85. Rapp, E., Lu, Z., Deering-Rice, C.E., Sun, L, Nguyen, N.D., Almestica-Roberts, M., Burrell, K.L., and **Reilly, C.A.** (2023) Mechanisms and Consequences of Variable TRPA1 Expression by Airway Epithelial Cells: Effects of TRPV1 Genotype and Environmental Agonists on Cellular Responses to Pollutants and Asthma. *Env. Health Persp.* 131(2), 27009; PMCID: PMC9969990.

86. Yellepeddi, V.K., Battaglia, M., Davies, S.J.C., Alt, J., Ashby, S., Shipman, P., Anderson, D.J., Rower, J.E., **Reilly, C.,** Voight, M., Mim, S.R (2023) Pharmacokinetics of Intranasal Amiloride in Healthy Volunteers. *Clin. Transl. Sci.* 16(6), 911-1096. PMID: 36932683.

87. Memon, T. A., Sun, L., Almestica-Roberts, M, Deering-Rice, C.E., Moos, P.J., **Reilly, C.A.** (2023) Inhibition of TRPA1, Endoplasmic Reticulum Stress, Human Airway Epithelial Cell Damage, and Ectopic MUC5AC Expression by Vasaka (*Adhatoda vasica*; Malabar Nut) Tea. *Pharmaceuticals*, 16(6), 890. https://doi.org/10.3390/ph16060890. PMCID: PMC10303053.

88. Fabian, N.J., Mannion, A.J., Jamiel, M., Anderson, D.J., Rower, J., **Reilly, C.A.,** Menegas, W., Muthupalani, S., Ta, C., Fox, J.G., Kramer, R., Haupt, J.L. (2023) Evaluation and comparison of pharmacokinetic profiles and safety of two extended-release buprenorphine formulations in common marmosets (*Callithrix jacchus*). *Sci. Reports,* 13, 11864.

89. Niederauer, S., Beeman, M., Cleveland, A., Wojtalewicz, S., Erickson, S., **Reilly, C.A.,** Rower, J.E., Garrett, C., Floyd, C., Shea, J., Agarwal, J., Lade, C., Davis, B. (2023) A thin drug-eluting polymer dressing for effective management of local pain in partial thickness dermal wounds. *Plastic and Reconstructive Surgery* (**Revision Submitted 6/27/23**)

90. Patwardhan, C.A, Kommalapati, V.K., Llbiyi, T., Singh, D., Alfa, E., Horuzsko, A., Korkaya, H.,

**EXHIBIT 1**
**Page 16 of 25**

Panda, S., **Reilly, C.A.**, Popik, V., Chadli, A. (2023) Capsaicin binds the N-terminus of Hsp90, induces lysosomal degradation of Hsp70, and enhances the anti-tumor effects of 17-AAG (Tanespimycin). *Sci. Reports* (**Revision Requested, 8/2/23**).

91. Almestica-Roberts, M., Nguyen, N.D., Sun, L., Serna, S.N., Rapp, E., Burrell, K.L., Memon, T.A., Stone, B.L., Nkoy, F.L., Lamb, J.G., Deering-Rice, C.E., **Reilly, C.A.** (2023) The CYP2C8*3 Variant (rs11572080) is Associated with Improved Asthma Symptom Control in Children and Altered Lipid Mediator Production and Inflammatory Response by Human Bronchial Epithelial Cells. *Respiratory Research* (**Submitted 6/21/23**).

92. Bagley, D.C., Russell, T., Ortiz-Zapater, E., Fox, K., Redd, P.F., Joseph, M, Deering-Rice, C.E., **Reilly, C.**, Parsons, M., and Rosenblatt, J. (2023) The mechanics of bronchoconstriction cause airway epithelial damage and inflammation by excess crowding-induced extrusion. *Nature*. (**Submitted 8/7/23**).

### *Invited Reviews, Book Chapters, and Other Publications:*

1. **Reilly, C.A.**, and Aust, S.D. (1999) Biological Oxidations Catalyzed by Iron Released from Ferritin. In: *Toxicology of the Human Environment:  the critical role of free radicals.* pp. 155-190.  (Rhodes, C. Ed.)  Taylor and Francis Press, London, UK.

2. **Reilly, C.A.**, and Aust, S.D. (1999) Measurement of Lipid Peroxidation. In: *Current Protocols in Toxicology*. Unit 2.4.  (Maines, M.D., Costa, L.G., Reed, D.J., Sassa, S., and Sipes, I.G., Eds.)  John Wiley & Sons, Inc., New York.

3. **Reilly, C.A.** (July 2003) The Science of Pepper Sprays.  *Law and Order Magazine* 51(7), pp. 124-130.

4. **Reilly, C.A.**, Veranth, J.M., Veronesi, B., and Yost, G.S. (2006) Vanilloid Receptors in Respiratory Tissues:  Identification, Function, Significance, and Potential Involvement in Human Airway Disease. In:  *Toxicology of the Lung 4th ed.*, pp. 297-350 (Gardner, D. Ed.) CRC-Press, Taylor and Francis, London, UK.

5. **Reilly, C.A**. and Yost, G.S.  (2006) Metabolism of Capsaicinoids by P450 Enzymes:  A Review of Recent Findings on Reaction Mechanisms, Bio-Activation, and Detoxification Processes.  *Drug Metabolism Reviews* 38(4), 685-706.

6. **Reilly, C.A.** and Yost, G.S. (2009) Sites of Extra Hepatic Metabolism, Part 1:  Lung. In: *Handbook of Drug Metabolism, Second Edition, Drugs and Pharmaceutical Sciences Volume 186* (Ed. Weinkers, L. and Pearson, P), pp. 243-272, Informa Healthcare.

7. **Reilly, C.A.**  (2010) Neurogenic Inflammation:  The Role of TRP Channels in the Lung. In: *Comprehensive Toxicology-Volume 8-Respiratory Toxicology, Chapter 7, pp.129-149, 2nd Edition,* (Ed. McQueen, C.A.)  Elsevier, Oxford UK.

8. **Reilly, C.A.** (2012) Cytochrome P450-Dependent Modification of Capsaicinoids:  Pharmacological Inactivation and Bioactivation Mechanisms. *In: Role of Capsaicin in Oxidative Stress and Cancer.* (Srivastava, S.K., Ed.) Springer, New York, NY.

9. Fariss, M.W., Gilmour, M.I., **Reilly, C.A.**, Liedtke, W., and Ghio, A.J. (2013) Emerging Mechanistic Targets in Lung Injury Induced by Combustion-Generated Particles. *Toxicol. Sci.* 132(2), 253-267.

10. Bolton, J.L., **Reilly, C.A.**, Franklin, M.R. (2014) Obituary for Professor Garold S. Yost (1948-2014). *Chem Res. Toxicol.,* 27(8), 1327.

11. **Reilly, C.A.** (2017) Variations in Pulmonary Irritant Sensing and Drug Metabolism Pathways: An Opportunity for Personalized Asthma Care? *CAST-USA official journal-OVERSEAS SCHOLAR 2017 Special BIOMED edition.* ISSN:1556-861X

12. Deering-Rice, C.E. and **Reilly, C.A.**  (2018) Neurogenic Inflammation:  The Role of TRP Channels in the Lung, Chapter 16. In:  *Comprehensive Toxicology, 3rd Edition*, *Volume 15-Respiratory Toxicology* (Ed. McQueen, C.A.)  Elsevier, Oxford UK, pages 302-321.

**EXHIBIT 1**
**Page 17 of 25**

13. **Reilly, C.A.** (2018) Introduction to Respiratory Toxicology. In: *Comprehensive Toxicology, 3rd Edition*, *Volume 15-Respiratory Toxicology* (Ed. McQueen, C.A.) Elsevier, Oxford UK, pages 2-4.

14. Lamb, J.G. and **Reilly, C.A.** (2019) Sites of Extra Hepatic Metabolism, Part 1: The Airways and Lung. In: *Handbook of Drug Metabolism, 3rd Edition, Drugs and Pharmaceutical Sciences Volume 186* (Ed. Weinkers, L. and Pearson, P), Informa Healthcare, pages 278-312.

15. Scott, A.F. and **Reilly, C.A.** (2019) Wood and Biomass Smoke: Addressing Human Health Risks and Exposures. *Chem. Res. Toxicol.* 32(2), 219-221 (ToxWatch).

### *Platform and Invited Presentations:*

1. "Toxicity of Capsaicinoids to Lung and Liver Cells," 18th Annual Mountain West Chapter of the Society of Toxicology. Snowbird, UT. 2000.

2. "Analysis of Capsaicinoids in Extracts of Fresh Pepper, Oleoresin Capsicum, and Pepper Spray Products Using LC/MS," Society of Forensic Toxicology, Milwaukee, WI. 2000.

3. "P450-Mediated Metabolism of Capsaicin Decreases Cytotoxicity to Lung and Liver Cells," 42nd annual Society of Toxicology. Salt Lake City, UT. March, 2003.

4. "Modulation of CYP2C9-Mediated Alkyl Dehydrogenation and Hydroxylation of Capsaicinoids by Site-Directed Mutagenesis and Substrate Modification," 13th North American ISSX, Maui, HI, October 2005.

5. "Carbocations Involved in the Cytochrome P450-Mediated Dehydrogenatoin of Capsaicinoids," Biological Reactive Intermediates VII, Tucson, AZ, January, 2006.

6. "Use of Capsaicin Analogs to Implicate a Quinone Methide as a Mechanism-Based Inactivator of Human CYP2E1" Gordon Research Conference-Mechanisms of Toxicity, Colby College, ME, 2006.

7. "Production of Reactive Electrophilic Metabolites of Capsaicinoids by P450 Enzymes," 14th North American ISSX, Rio Grande, Puerto Rico, October 2006.

8. "TRPV1 and TRPM8 in Airway Epithelial Cells: Novel Mediators of Pulmonary Inflammation, Injury, and Disease?" Dendreon Corporation, Seattle, WA, May 2009.

9. "Metabolism of Inhaled Glucocorticoids in Lung: Selective Inactivation of CYP3A5," 50th annual Society of Toxicology, Washington, DC, March 2011.

10. "Transient Receptor Potential (TRP) Cation Channels in the Respiratory Tract: Mediators of Pulmonary Inflammation and Injury by Environmental Toxicants and Endovanilloids" Department of Pulmonary and Critical Care Medicine, University of Utah, March 2011.

11. "Selective Expression and Biotransformation Mechanisms of Lung P450 Enzymes: Role in Pulmonary Injury and Disease" Experimental Biology/ASPET Annual meeting, Washington, DC, April 2011.

12. "Activation of TRPA1, V1, and M8 by Combustion-derived Particulate Materials: Relationship to Lung Inflammation and Injury," 29th Mountain West Society of Toxicology, Breckenridge, CO September, 2011.

13. "Transient Receptor Potential (TRP) Cation Channels in the Respiratory Tract: Mediators of Pulmonary Inflammation and Injury by Environmental Toxicants and Endovanilloids," Cellular and Molecular Basis of Disease Seminar Series, University of New Mexico, Albuquerque, NM, September, 2011.

14. "Differential Activation of TRPA1, V1, and M8 by Combustion-derived PM and PM Components: Relationship to Lung Inflammation and Injury," 51st annual Society of Toxicology, San Francisco, CA, March 2012.

15. "Transient Receptor Potential (TRP) Cation Channels in the Respiratory Tract: Mediators of Pulmonary Inflammation and Injury by Environmental Toxicants and Endovanilloids," Texas A&M University-Kingsville School of Pharmacy, March 2012.

16. "Transient Receptor Potential (TRP) Cation Channels as Mediators of Airway Responses to Combustion-Derived Particulate Materials," Altria Client Services, Richmond, VA, April 2012.

**EXHIBIT 1**
**Page 18 of 25**

17. "CYPs and TRPs in the Lung: Roles in Pharmacotherapy, Xenobiotic Toxicity, and Targets for Drug Discovery," Department of Pharmaceutical Sciences, University of Georgia, Athens, GA, February 2013.

18. "Transient Receptor Potential (TRP) Cation Channels:  Emerging Mediators of Pulmonary Toxicity by Combustion-Generated Particles," University of Washington School of Public Health, Department of Environmental and Occupational Health, Seattle, WA, May 14, 2013.

19. "Inhibition of CYP3A Enzymes by Fluticasone Propionate: Impact on Pharmacotherapy," 18th International Conference on Cytochrome P450, Seattle, WA, June 2013.

20. "TRP Channels, Air Pollution and Personalized Medicine" Primary Children's Medical Center, Air Pollution Interest Group, University of Utah, Salt Lake City, UT, September 2013.

21. "TRP Channels and Air Pollution: A Platform for Future research on the Health Effects of Air Pollutants on Human Health at the University of Utah," 2nd Annual Retreat for the Program for Air Quality, Health, and Society at the University of Utah, April, 2014.

22. "Activation of TRPV3 by Wood Smoke Particulate Material and Associated Consequences to Lung Epithelial Cells" Mountain West Society of Toxicology, Breckenridge, CO, September 24, 2015.

23. "TRP Channels, Air Pollution, and Asthma in Utah" Joint Utah Conference on Safety and Industrial Hygiene, October 14, 2015

24. "Transient Receptor Potential Ion Channels, Air Pollution, and Human Health Effects:  Application of Global and Targeted Screening Methods to Understanding Air Pollution Toxicity," International Society of Exposure Science (ISES), Las Vegas, NV, USA, October 18-22, 2015.

25. "TRPA, V, and M Channels and Air Pollution: "TRPle Trouble" for the Respiratory System and Your Health" College of Nanoscale Science, SUNY Polytechnic Institute College of Nanobiosciences and Engineering, January, 22, 2016.

26. "Variations in Pulmonary Irritant Sensing and Drug Metabolism Pathways: An Opportunity for Precision Asthma Care?" Chinese Association of Science and Technology (CAST), Salt Lake City, UT October, 2016.

27. "TRPA, V, and M Channels and Air Pollution: "TRPle Trouble" for the Respiratory System and Your Health?" College of Pharmacy Seminar Series, University of Utah, January 19, 2017.

28. "Therapeutic Dilemmas: At the Intersection of Environmental Air Pollutant Exposure, Genetic Variation, and Asthma Control" American College of Clinical Pharmacy (ACCP) Webinar Series, May 24, 2017.

29. "Understanding Environmental Health Effects and Opportunities for Drug Development and Precision Medicine in the Treatment of Airway Human Diseases," One Utah symposium, *The Air We Breathe: A Multidisciplinary Perspective on Air Quality*, University of Utah, October 3, 2019.

30. "Project 4: TRP channel targets for non-opioid pain management," DoD Program Year-2 Progress Report, 11/18/19, Baltimore, MD

31. "Asthma and Air Pollution in Utah: Understanding the Issues and Drivers of Health Effects of Pollutants and Opportunities for Individualized Asthma Treatment," Dixie State University Forum (TED talk; ZOOM), February 2, 2021.

32. "Role of Transient Receptor Potential (TRP) Ion Channels in Inhaled Pollutant Recognition, Lung Inflammation, Injury and Disease," University of Utah 2021 Biosciences Symposium, September 2021.

33. "Role of Transient Receptor Potential Ion Channels in Particle Recognition and Airway Epithelial Cell-Associated Inflammation and Acute Cytotoxicity," Society of Toxicology SOT/JSOT session, San Diego, CA, March 2022.

34. "Role of Transient Receptor Potential Ion Channels in Particle Recognition and Airway Epithelial Cell-Associated Inflammation and Acute Cytotoxicity," MRC Toxicology Unit, School of Biological Sciences, University of Cambridge, UK, September 20, 2022.

35. "TRPA1/V3-dependent regulation of airway epithelial cell damage and repair triggered by

**EXHIBIT 1**
**Page 19 of 25**

wood/biomass smoke particulate," Inhaled Particles / NanOEH conference 2023, Manchester, UK, May 115-18, 2023.

### *Abstracts and Student Presentations and Awards:*

1. **Reilly C.A.**, et al. "Enhanced DNA Damage by Hydralazine in the Presence of Peroxidase Redox-Mediators." 14th Annual Mountain West Chapter of the Society of Toxicology.  Snowbird, UT. 1996.
2. **Reilly C.A.**, et al. "Redox-Mediation as a Model for Peroxidase-Dependent DNA Damage by Hydralazine." 36th Annual Society of Toxicology Cincinnati, OH. 1997.
3. **Reilly C.A.**, et al. "Organ-Selective Metabolism and Toxicity of Capsaicinoids in Pepper Spray Products.  Gordon Research Conference on Mechanisms of Toxicity." Plymouth, NH.  2000. *Recipient of a GRC Travel Award.*
4. **Reilly C.A.**, et al. "Capsaicinoids Cause Cytotoxicity in Human Airway Epithelial Cells." 40th Annual Society of Toxicology.  San Francisco, CA.  March, 2001.
5. **Reilly C.A.**, et al. "Vanilloid Receptor Ligands Mediate Cytokine Production and Cytotoxicity in BEAS-2B Cells."  19th Annual Mountain West Society of Toxicology, Angelfire, NM.  September, 2001.
6. **Reilly C.A.**, et al. "Vanilloid Receptors Mediate Cytokine Production and Cytotoxicity in BEAS-2B Cells." 41st Annual Society of Toxicology, Nashville, TN. March, 2002.
7. **Reilly C.A.**, et al. "Vanilloid Receptors Dictate Cell Death in Airway Epithelial Cells."  ASPET, New Orleans, LA, April 2002.  *Recipient of a Young Investigator Travel Award.*
8. **Reilly C.A.**, et al. "Cytochrome P450-Mediated Metabolism of Capsaicin:  Bioactivation or Detoxification?  11th North American ISSX, Orlando, FL, October 2002.
9. **Reilly C.A.**, et al. "Unique Dehydrogenated Metabolites of Capsaicin Produced by Cytochromes P450." 8th European ISSX.  Dijon, France.  April, 2003.
10. Buldoc T., et al. "Metabolism of Capsaicin by Cytochromes P450 Decreases TRPV1-Mediated Cytotoxicity to Human Bronchiolar Epithelial Cells.'  21st Annual Mountain West Society of Toxicology, Breckenridge, CO, September 2003.
11. Johansen M.E., et al. "TRPV1 Antagonists Enhance Vanilloid-Induced Calcium Flux and Cell Death in Human Bronchial Epithelial Cells."  FASEB Summer Conference, Snowmass Village, CO.  June 2004.
12. *Reilly C.A, et al. "Chemical and Enzymatic Determinants of P450-Dependent Alkyl Dehydrogenation and Hydroxylation of Capsaicin."   15th International Symposium on Microsomes and Drug Oxidations.  Mainz, Germany. July 2004. *Short Oral Presentation included.*
13. **Reilly C.A.**, et al. "Mechanisms for the Alkyl Hydroxylation and Dehydrogenation of Capsaicinoids by P450." 7th International ISSX, Vancouver, BC, Canada
14. Johansen M.E., et al. "TRPV1 Expression and Activity Determine Sensitivity to Irritants in Human Lung Epithelial Cells." August, 2004.  47th International ISSX, Vancouver, BC, Canada
15. Johansen M.E., et al. "TRPV1 antagonists enhance vanilloid-induced calcium flux and cell death in human lung epithelial cells."  22nd Mountain West Society of Toxicology, Park City, UT. September, 2004.  *Platform (M.E.J.)*
16. Sabnis, A.S., et al. "Expression and Characterization of TRPM8 Receptors in the Lung Epithelium." 22nd Mountain West Society of Toxicology, Park City, UT.  September, 2004.
17. Johansen M.E., et al. "TRPV1 Antagonists Induce Translocation of Intracellular TRPV1 to the Plasma Membrane Enhancing Vanilloid-Induced Toxicities."  44th Annual Society of Toxicology, New Orleans, LA.  March 2005.  *Merck Mechanisms Travel Award (M.E.J.)*
18. Sabnis, A.S., et al. "Expression and Characterization of TRPM8 Receptors in the Lung Epithelium." 44th Annual Society of Toxicology, New Orleans, LA.  March 2005.
19. Thomas, K.C., et al. "Activation of intracellular TRPV1 induces ER stress response and cell death." 23rd Mountain West Society of Toxicology, Santa Fe, NM.  September, 2005. *Platform (K.C.T.)*

**EXHIBIT 1**
**Page 20 of 25**

20. Sabnis, A.S., et al. "TRPV1 Activation Modulates Cystathionase Expression In Airway Epithelial Cells." 23rd Mountain West Society of Toxicology, Santa Fe, NM.  September, 2005.

21. Sabnis, A.S., et al. "Characterization of TRPM8 receptors in Human Respiratory Epithelial Cells." 45th Society of Toxicology, San Diego, CA.  March, 2006. *Travel Award Winner (A.S.S.)

22. **Reilly C.A.**, et al. "The Human TRPV1 (Capsaicin) Receptor Mediates Endoplasmic Reticulum Stress Activation and Cell Death in Human Bronchial Epithelial Cells."  Gordon Research Conference- Mechanisms of Toxicity, Colby College, ME (2006).  *Young Investigator Travel Award Winner (C.A.R.).

23. Thomas, K.C., et al. "Structure Activity Relationships between Capsaicinoid Analogues and TRPV1- Mediated Cytotoxicity." 24th Mountain West Society of Toxicology, Pheonix, AZ. September, 2006. *Platform (K.C.T.).

24. Thomas, K.C., et al. "Endovanilloids in the Lung Initiate TRPV1-Mediated Acute Lung Injury" 25th Mountain West Society of Toxicology, Breckenridge, CO.  September, 2007. *Platform (K.C.T.)

25. Thomas, K.C., et al. "Endovanilloids in the Lung Initiate TRPV1-Mediated Acute Lung Injury" 47th Society of Toxicology, Seattle, WA. March, 2008.  *MBSS Travel Award Winner (K.C.T.)

26. Thomas, K.C., et al. "Involvement of TRPV1 and ER Stress in Lung Cell Death *In Vitro* and Acute Lung Injury *In Vivo*" 26th Mountain West Society of Toxicology, Salt Lake City, UT.  September, 2009.  *Poster Award Winner (K.C.T.)

27. Henion, F., et al. "Glutathione Adducts of Capsaicin:  Reactive Intermediates of P450 Catalysis" 26th Mountain West Society of Toxicology, Salt Lake City, UT. September, 2009.  *Platform, F.H.

28. Thomas, K.C., et al. "Involvement of TRPV1 and ER Stress in Lung Cell Death *In Vitro* and Acute Lung Injury *In Vivo*" 48th Society of Toxicology, Baltimore, MD.  March 2009.

29. Thomas, K.C., et al. "Contributions of TRPV1, the Endoplasmic Reticulum Stress Response, and Endovanilloids in Inflammatory Lung Injury and Lung Cell Death *In Vitro*. 49th Annual Society of Toxicology, Salt Lake City, UT.  March 2010.

30. **Reilly, C.A.**, et al. "TRPV1 Mediates Lung Toxicities of Specific Particulate Materials" 49th Annual Society of Toxicology, Salt Lake City, UT.  March 2010.

31. **Reilly, C.A.**, et al "TRPV1 is a Principal Mediator of Lung Injury by Distinct Environmental PM" TRP-2010:  2nd International Symposium on TRP Channels and Human Disease, Leuven, Belgium, September 2010.

32. **Reilly, C.A.**, et al. "Contributions of TRPV1 and TRPM8 to Lung Injury by Coal Fly Ash" Society of Toxicology, Washington, DC.  March 2011.

33. Dearing-Rice, C.E., et al. "Activation of human TRPA1 by diesel exhaust particles (DEP): Association with lung injury" Society of Toxicology, Washington, DC.  March 2011.

34. Shapiro, D., et al. "Activation of the Irritant Receptor TRPA1 by Wood Smoke Particulate Material and Associated Chemical Components" 29th Mountain West Society of Toxicology, Breckenridge, CO September, 2011. *Platform, D.S. award winner.

35. Dearing-Rice, C.E., et al. "Variable Responses of TRPA1 and V1 Receptors to Environmental Particulate Matter" 30th Mountain West Society of Toxicology, Salt Lake City, UT October, 2012. *Post-Doctoral Oral Presentation.

36. Dearing-Rice, C.E., et al. "Role of TRPA1 in Diesel Exhaust Particle-Induced Pneumotoxicity" Society of Toxicology, San Francisco, CA.  March 2012.

37. Shapiro, D., et al. "Activation of the Irritant Receptor TRPA1 by Wood Smoke Particulate Material and Associated Chemical Components" Society of Toxicology, San Francisco, CA.  March 2012. *Pfizer Undergraduate Travel Award Recipient.

38. Shapiro, D., et al. "Activation of the Pulmonary Irritant Receptor TRPA1 by Wood Smoke Components." National Conference for Undergraduate Research (NCUR), Weber State University, March 2012.

39. Roberts, J.K., et al. "Contributions of Esterases and CYP P450 3A Enzymes to the Metabolism of

**EXHIBIT 1**
**Page 21 of 25**

Beclomethasone Dipropionate When Treating Asthma" Society of Toxicology, San Francisco, CA. March 2012.

40. Shapiro, D., et al. "Activation of the Irritant Receptor TRPA1 by Wood Smoke Particulate Material and Associated Chemical Components" Undergraduate Research Symposium, Ogden, UT.  March 2013.

41. Shapiro, D., et al. "Activation of the Irritant Receptor TRPA1 by Wood Smoke Particulate Material and Associated Chemical Components" Poster on the Hill, Salt Lake City, UT.  March 2013.

42. Shapiro, D., et al. "Structure/Function Analysis of the Mechanical Activation of TRPA1 by Particulate Materials" 31st Mountain West Society of Toxicology, Albuquerque, NM, September, 2013. *Travel award recipient*.

43. Mitchell, V.K., et al. "Differential Activation of Transient Receptor Potential Ankyrin-1 (TRPA1) by Diesel Exhaust Particulate Materials" 31st Mountain West Society of Toxicology, Albuquerque, NM, September, 2013. *Travel award recipient*.

44. Stockman, C., et al. "An Evaluation of the Pharmacogenetics of Inhaled Glucocorticoids and Pediatric Asthma Control" Western Society of Pediatric Research, Carmel, CA, October, 2013.

45. Deering-Rice, C.E., et al. "Effect of SNPs and Glycosylation Site Mutations on TRPA1 Activation by Particulate Material" Society of Toxicology, Phoenix, AZ.  March 2014.

46. Mitchell, V.K., et al. "Differential Activation of Transient Receptor Potential Ankyrin-1 (TRPA1) by Diesel Exhaust Particulate Materials" Society of Toxicology, March 2014, Phoenix, AZ. *Pfizer Undergraduate Travel Award Recipient*.

47. Bevans, T.S., et al. "Pharmacokinetics and Analgesic Properties of Inhaled Remifentanil" American Association of Nurse Anesthetists, Orlando, FL. September 2014.

48. Nelson, S.D., et al. "Calculating patient exposure to inhaled anesthetics during surgical cases" 30th International Conference on Pharmacoepidemiology & Therapeutic Risk Management, Taipei, Taiwan, October 2014.

49. Ryskamp, D., et al. "Contributions by calcium stores and TRPV4 channels to sensing moderate heat are determined by the internal milieu" FASEB Calcium in Cell Biology, Nassau, Bahamas, June, 2014

50. Bevans, T.S., et al. "Pharmacokinetic and Analgesic Properties of Inhaled Remifentanil" 28th Ophthalmic Anesthesia Society, September 5-7, Chicago, IL.

51. Bevans, T.S., et al. "Pharmacokinetic and Analgesic Properties of Inhaled Remifentanil" American Association of Nurse Anesthetists, September 13-16, 2014, Orlando, FL. *Oral platform and fellowship award for TSB.*

52. Bevans, T.S., et al. "Pharmacokinetic and Analgesic Properties of Inhaled Remifentanil" 23rd International Society of Anesthetic Pharmacology, October 10, 2014, New Orleans, LA.

53. Bevans, T.S., et al. "Pharmacokinetic and Analgesic Properties of Inhaled Remifentanil" American Society of Anesthesiologists: Anesthesia 2014, October 11-15, 2014 New Orleans, LA *Oral platform for T.S.B and Travel Award Recipient.*

54. Linakis, M.W., et al. "A Novel Sensitive and Specific Liquid Chromatography-Tandem Mass Spectrometry (LC-MS-MS) Method for the Quantification of Oxandrolone in Human Plasma" American Association of Pharmaceutical Sciences, November 2-6, 2014, San Diego, CA.

55. Rose T.M., et al., "Serotonin-Linked NSAIDs as Inhibitors of FAAH, TRPV1, and COX 2" 249th ACS National Meeting, March 22-26, 2015, Denver, CO.

56. Deering-Rice, C.E. et al. "Activation and Desensitization of Transient Receptor Potential Vanilloid-1 (TRPV1) Variants by Coal Fly Ash Particles and Association with Asthma Symptom Control Metrics. Mountain West Society of Toxicology, Breckenridge, CO, September 23-25, 2015.

57. Marcus, S.K. et al. "Activation of TRPM8 and Associated Pro-Inflammatory Signaling Pathways in vivo by Coal Fly Ash Particles" Mountain West Society of Toxicology, Breckenridge, CO, September 23-25, 2015.

58. Lu, Z. et al. "Chemical Composition Determines TRPA1 and Other Cellular Responses to Diesel

**EXHIBIT 1**
**Page 22 of 25**

Exhaust Particulate Materials" 55th Society of Toxicology, New Orleans, LA March 13-17, 2016. *Recipient of University of Utah Post-Doctoral Travel Award*.

59. Deering-Rice, C.E. et al. "Activation and Desensitization of Transient Receptor Potential Vanilloid-1 (TRPV1) Variants by Coal Fly Ash Particles and Associations with Asthma Symptom Control Metrics" 55th Society of Toxicology, New Orleans, LA March 13-17, 2016.

60. Marcus, S.K. et al. "Temperature and Calcium Dependent Activation of TRPM8 by Particulate Materials" 55th Society of Toxicology, New Orleans, LA March 13-17, 2016. *Recipient of University of Utah Undergraduate Travel Award*.

61. Marcus, S.K. et al. "Temperature and Calcium Dependent Activation of TRPM8 by Particulate Materials" 30th Annual NCUR, Ashville, NC April 7-9, 2016. *Recipient of NCUR and University of Utah Travel Awards*.

62. Lu, Z. et al. "Characterization of Transient Receptor Potential Vanilloid-1 (TRPV1) Variant Activation by Coal Fly Ash Particles and Associations with Asthma" Mountain West Society of Toxicology, Salt Lake City, UT, September 21-23, 2016. *Platform for Z. Lu.*

63. Romero, E.G. et al. "Transient Receptor Potential (TRP) Channel Expression in Primary and Differentiated Human Sinonasal Epithelial Cells" Mountain West Society of Toxicology, Salt Lake City, UT, September 21-23, 2016.

64. Stone, B.L. et al. "Asthma, Air Pollution, and Genetics: Tracking Personalized Asthma Management" Mountain West Society of Toxicology, Salt Lake City, UT, September 21-23, 2016. *Platform for B.L. Stone.*

65. Jaramillo, I. et al. "Biofuel and Reference Diesel Particles: Differences in Inflammatory and Oxidative Effects" American Institute of Chemical Engineers Annual Meeting, San Francisco, CA, November 13-18 2016.

66. Kaur, K et al. "Effect of Combustion Particle Size on Pathologically Important Responses in Lung Cells" American Institute of Chemical Engineers Annual Meeting, Minneapolis, MN, October 29 - November 3, 2017.

67. Lamb, J.G. et al. "Differential Activation of Human and Rodent *Trpm8* by Particulate Material and Chemical Agonists" Society of Toxicology, Baltimore, MD, March 11-14, 2017.

68. Lu, Z. et al "Characterization of Transient Receptor Potential Vanilloid-1 (TRPV1) Variant Activation by Coal Fly Ash Particles and Associations with Asthma" Society of Toxicology, Baltimore, MD, March 11-14, 2017.

69. Deering-Rice, C.E. et al. "TRPV3 Regulates Lung Epithelial Cell Responses to Wood Smoke Particles" Society of Toxicology, Baltimore, MD, March 11-14, 2017.

70. Romero, E.G. et al. "Loss of function TRPV1 SNP (rs8065080) is Associated with Chronic Rhinosinusitis" American Rhinologic Society, Chicago, IL September 8-9, 2017.

71. Mohammadpour, R. et al. "Role of Transient Receptor Potential Channels in Silica Nanoparticles and PAMAM Dendrimer Toxicity" 15th International Nanomedicine & Drug Delivery Symposium, September 22-24, 2017.

72. Lamb, J.G. et al. "Identification of Amino Acid Residues Regulating the Species Specific Activation of Transient Receptor Potential Melastatin-8 (TRPM8) by Coal Fly Ash articles" Mountain West Society of Toxicology, Albuquerque, NM, September 22-23, 2017. *Travel Award winner.*

73. Nguyen, N. et al. "Activation of Transient Receptor Potential Vanilloid-3 (TRPV3) and Pneumotoxicity of Wood Smoke" Mountain West Society of Toxicology, Albuquerque, NM, September 22-23, 2017. *Platform presentation; Winner Best Student Presentation.*

74. Burrell, K.L. et al. "The Role of TRPV3 in Acute Lung Epithelial Cytotoxicity and Proliferation Following Wood Smoke Particle Exposure" Mountain West Society of Toxicology, Albuquerque, NM, September 22-23, 2017. *Travel Award winner.*

75. Kaur, K. et al. "Effect of Combustion Particle Size on Pathologically Important Responses in Lung Cells" American Institute of Chemical Engineers Annual Meeting, Minneapolis, MN, October 28-

EXHIBIT 1
Page 23 of 25

November 2, 2018, Pittsburgh, PA.

76. Memon, et al. "TRPA1 activation: Problematic or Therapeutic?" Mountain West Society of Toxicology, Phoenix, AZ, September 19-21, 2018. *Oral Presentation Award Winner*

77. Nguyen, et al. "TRPV3 and TRPA1 Contribute to Pine Wood Smoke Cytotoxicity in Lung Epithelial Cells" Mountain West Society of Toxicology, Phoenix, AZ, September 19-21, 2018. *Poster Presentation Award Winner.*

78. Almestica, et al. "Effects of CYP2C8*3 on Montelukast Efficacy and Asthma Control" Mountain West Society of Toxicology, Phoenix, AZ, September 19-21, 2018.

79. Burrell, et al. "Role of TRPV3 in Lung Epithelial Cell Repair" Mountain West Society of Toxicology, Phoenix, AZ, September 19-21, 2018.

80. Scott, et al. "Discovery of TRP Channel Agonists in Pneumotoxic Biomass Smoke Particulate Materials" Mountain West Society of Toxicology, Phoenix, AZ, September 19-21, 2018.

81. Almestica et al., "Effect of the CYP2C8*3 Variant on Asthma Symptom Control and Montelukast Efficacy" 12th International ISSX meeting, Portland, OR, July 27-August 1, 2019.

82. Lamb, et al. "Differences in Rodent and Human TRPA1, M8, V1, and V3 Responses to Prototypical and Environmental Particulate Material Agonists" Mountain West Society of Toxicology, Phoenix, AZ, September 19-21, 2018.

83. Burrell, et al. "Dynamic Expression of TRPV3 and Modulation of Wound Repair by Human Lung Bronchial Epithelial Cells," Mountain West Society of Toxicology, Ft. Collins, CO, September 17-19, 2019. *Winner Best Student Oral Presentation.*

84. Nguyen, et al. "TRPV3 Negatively Regulates Endoplasmic Reticulum Stress in Lung Epithelial Cells," Mountain West Society of Toxicology, Ft. Collins, CO, September 17-19, 2019.

85. Almestica et al. "Impact of CYP2C8*3 Expression on Asthma Symptom Control and Montelukast Efficacy," Mountain West Society of Toxicology, Ft. Collins, CO, September 17-19, 2019. *Winner Best Poster Presentation.*

86. Memon et al. "Pine WSPM Induces Mucus Overproduction in Primary Human Bronchial Epithelial Cells via EGFR and TRPA1" Mountain West Society of Toxicology, Ft. Collins, CO, September 17-19, 2019. *Winner, Best Post-Doctoral Oral Presentation.*

87. Deering-Rice et al. "TRPs, CYPs, SNPs, Air Pollution, and Asthma Control," Mountain West Society of Toxicology, Ft. Collins, CO, September 17-19, 2019. *Platform Presentation.*

88. Sun et al., "Modulation of TRP Channels by Lipids in Chronic Pain Models" Mountain West Society of Toxicology, Ft. Collins, CO, September 17-19, 2019

89. Kaur et al. "Effect of Combustion Particle Morphology on the Cellular Response in Human Airway Epithelial Cells and Macrophage-like Cells" 2020 AIChE Annual Meeting, Seattle, WA, November 4-6, 2020.

90. Sturrock, A. et al. "Crispr/Cas9 Knockout of the Aryl Hydrocarbon Receptor (AhR) in Mouse Lung Epithelial Cells (MLE-15) Results in Changes in Epithelial Phenotype and Features of Epithelial-Mesenchymal Transition" American Journal of Respiratory and Critical Care Medicine 2020, 201, A5654 (ATS Conference

91. Redmon et al. "Developing novel TRPV4 antagonists for the treatment of glaucoma" 2021 ARVO Annual Meeting.

92. Green et al. "Remdesivir and GS-441524 Extraction by Extracorporeal Life Support Circuits" Society of Critical Care Medicine, August 2, 2021.

93. Green et al. "Remdesivir Extraction by Extracorporeal Life Support Circuits" Society of Critical Care Medicine, 51st Congress, San Juan, PR, February 6-9, 2022

94. Beierle, et al. "'A reduced complexity cross between BALB/c substrains identifies Zhx2 as a candidate gene underlying oxycodone metabolite brain concentration and state-dependent learning of opioid reward" Experimental Biology, 2022, Philadelphia, PA.

95. Kaur, et al. "Effect of Combustion Particle Morphology on Biological Responses in a Co-culture of

EXHIBIT 1
Page 24 of 25

Human Lung and Macrophage Cells" 61st Society of Toxicology, 2022, San Diego, CA.

96. Kaur et al., "Effect of Combustion Particle Morphology on Biological Responses in a Co-culture of Human Lung Epithelial (A549) and Macrophage-like (THP-1) Cells at Air-liquid Interface Exposure Conditions," 13th International Particle Toxicology Conference, Santa Fe, NM August 28-31, 2022.

97. Deering-Rice et al. "Species Differences in TRPM8 Affect Pulmonary Sensitivity to Chemical and Particulate Matter Agonists" 13th International Particle Toxicology Conference, Santa Fe, NM August 28-31, 2022.

98. Yellepeddi et al., "Single-Dose Pharmacokinetics of Intranasal Amiloride in Healthy Volunteers," 2022 QAAPS PharmSci360, Boston, MA, October 16-19, 2022.

99. Almestica-Roberts et al. "CYP2C8*3 Expression Alters the Production of Lipid and Cytokine Mediators of Inflammation," Bioactive Lipids in Cancer, Inflammation and Related Disease, New Orleans, LA, October 3-November 2, 2022.

100. Serna et al. "TRPA1/V3-dependent regulation of airway epithelial cell damage and repair triggered by wood/biomass smoke particulate," 62nd Society of Toxicology, 2023, Nashville, TN. (*Oral Presentation*).

101. Cowley et al. "Pneumotoxic Potential of Respirable Particulate Matter (PM2.5) Derived from Lakebed Sediments of the Receding Great Salt Lake (Utah)," 62nd Society of Toxicology, 2023, Nashville, TN.

102. Sun et al. "Bryostatin1 and 3 Alleviate TRPM8-related Environmental Lung Inflammation via Modulating PKC Signaling," 62nd Society of Toxicology, 2023, Nashville, TN.

103. Deering-Rice et al. "Species Differences in TRPM8 Affect Pulmonary Sensitivity to Chemical and Particulate Matter Agonists," 62nd Society of Toxicology, 2023, Nashville, TN.

104. Almestica-Roberts et al. "Cytochrome P450 (CYP) 2C8-Derived Linoleic Acid Metabolites Modulate the Inflammatory Response of Human Lung Epithelial Cells," 62nd Society of Toxicology, 2023, Nashville, TN.

105. Rower et al. "Agreement between self-reported recreational drug use and detection in plasma, urine, and hair in persons with active drug use undergoing Hepatitis C treatment," 62nd Society of Toxicology, 2023, Nashville, TN.


### _Patents:_

- *"Capsaicinoid Decontamination Compositions and Methods of Use"* US Patent# 8,309,538 B2.
- *"Antagonists of TRPV1 Receptor"* WO2012149218/ US20140121168– Pending
- *"Chemistry and Biology of New Anti-Glaucoma Compounds"* – Pending.
- *"Orally, Inhaled, and Nasal Benzodiazepines"* – Pending (Application #20200253983).

**EXHIBIT 1**
**Page 25 of 25**