UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**United States of America**

   **Plaintiff**

 v.              Case No.:  (RCL)

**Reed Knox Christensen**

   **Defendant**

# TRIAL EXHIBITS FOR THE GOVERNMENT

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| | **00-99 Series** **Physical Evidence** | | | |
| 1 | Gray Marmot jacket and jacket liner | | | |
| 2 | Yellow work gloves | | | |
| 3 | Blue striped Van Heusen men's button-down shirt | | | |
| 4 | Brown Coleman men's size 12 boots | | | |
| 5 | One Metro Smartrip Card | | | |
| 6 | Reagan Airport Receipt | | | |
| 7 | One (1) black Iphone with black Otterbox case and Verizon 5G SIM card | | | |
| | **100-199 Series** **Maps/Diagrams, Demonstrative Aids, &** **Photographs of Capitol Grounds** | | | |
| 101 | Aerial Map of U.S. Capitol Grounds and Restricted Perimeter | 9.13.23 | 9.13.23 | T. LOYD |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 102 | 3-D Image of Exterior of the U.S. Capitol Building | 9.13.23 | 9.13.23 | T. LOYD |
| 103 | Capitol Model – Top Down | ⊥ | ⊥ | ⊥ |
| 104 | Capitol Model – Three-Quarter View | | | |
| 105 | Capitol Model – NW Terrace | 9.13.23 | 9.13.23 | T. LOYD |
| 106 | Capitol Photo | | | |
| 107 | Photograph of West Side of Capitol with Signs | 9.13.23 | 9.13.23 | T. LOYD |
| 107.1 | "Area Closed" Sign Close Up | ⊥ | ⊥ | ⊥ |
| 107.2 | Area Closed Sign 1 | | | |
| 107.3 | Area Closed Sign 2 | 9.13.23 | 9.13.23 | T. LOYD |
| 107.4 | Area Closed Sign 3 | | | |
| 107.5 | Area Closed Sign 4 | | | |
| 107.6 | Area Closed Sign 5 | | | |
| | **200-299 Series Government Agency Documents** | | | |
| 201 | January 5, 2021 Head of State Notification | 9.13.23 | 9.13.23 | e. GLAVEY |
| 202 | January 5, 2021 Head of State Worksheet | ⊥ | ⊥ | ⊥ |
| 203 | Mayor Bowser's Curfew Order (Mayor's Order 2021-002) | | | |
| 204 | District of Columbia Register | | | |
| 205 | Mayor Bowser's Curfew Tweet | | | |
| 206 | Safeway DC Closure Email | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 207 | Safeway Mid-Atlantic Daily Sales Report 01-05-2021 to 01-07-2021 (Redacted) | | | |
| 208 | PA Shipment | | | |
| 209 | Safeway Business Records Certification | | | |
| 210 | FBI Request for Information rg AFO 191 | 9·14·23 | 9·14·23 | R. PALMERTREE |
| 211 | FBI Instagram for Tips rg AFO 191 | | | |
| 212 | Screenshot of FBI Video of AFO 191 | | | |
| | **300-399 Series** **Congressional Records, Constitutional Articles, & Statutes** | | | |
| 301 | U.S. Constitution, Amend. XII (highlighted version) | | | |
| 302 | Title 3, United States Code, § 15 (highlighted version) | | | |
| 303 | Title 3, United States Code, § 16 (highlighted version) | | | |
| 304 | Senate Concurrent Resolution 1 (January 3, 2021) (highlighted) | | | |
| 305 | Video Montage – including Congressional Record (Vol. 167, No. 4) at S13, S14, S18, H75, H76, H84 and video footage from the House and Senate | | | |
| | **400-499 Series** **U.S. Capitol Police Closed Caption Video** | | | |
| 401 | Video Montage of United States Capitol Police Footage | | | |
| 402 | West Front Compilation Video | 9·13·23 | 9·13·23 | T. LOYD |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 403 | Vice President Pence Senate Staircase Departure USCG Elevator Tower South (Vice President Pence Motorcade Vehicle) | | | |
| 404 | Vice President Pence Senate Staircase Departure | 9·13·23 | 9·13·23 | e. GLAVey |
| 405 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] | 9·13·23 | 9·13·23 | J. BAGSHAW |
| 406 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] (Still) | | | |
| 407 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] (Still) | | | |
| 408 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] (Still) | | | |
| 409 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] (Still) | | | |
| 410 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] (Still) | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 411 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] (Still) | | | |
| 412 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] (Still) | 9.14.23 | 9.14.23 | J. ERNST |
| 413 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] (Still) | | | |
| 414 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] (Still) | | | |
| 415 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] (Still) | | | |
| 416 | U.S. Capitol Police Video Footage of Reed Christensen [Camera 0682 West Front Terrace Vantage Point] (Still) | | | |
| 417 | U.S. Capitol Police Video Footage of Reed Christensen and Nathan Christensen [Camera 0684 – Approximately 13:55:53] (Still) | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 418 | U.S. Capitol Police Video Footage of Reed Christensen and Nathan Christensen [Camera 0942 – Approximately 13:56:06] (Still) | | | |
| 418.1 | U.S. Capitol Police Video Footage of Reed Christensen and Nathan Christensen [Camera 0942 – Approximately 13:56:15] (Still) | | | |
| 418.2 | U.S. Capitol Police Video Footage of Reed Christensen and Nathan Christensen [Camera 0942 – Approximately 13:58:24] (Still) | | | |
| | **500-599 Series** **MPD Body Worn Camera** **Footage & Still Screenshots** | | | |
| 501 | BWC of Metropolitan Police Department Officer Bryan Maldanado (Entire BWC) | | | |
| 501.1 | BWC of Metropolitan Police Department Officer Bryan Maldanado (Clip with Arrow) | | | |
| 501.2 | BWC of Metropolitan Police Department Officer Bryan Maldanado (Clip without Arrow) | 9.14.23 | 9.14.23 | J. ERNST |
| 501.3 | BWC of Metropolitan Police Department Officer Bryan Maldanado (Still Photo with Arrow) | | | |
| 502 | BWC of Metropolitan Police Department Officer Damian Chapman (Entire BWC) | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 502.1 | BWC of Metropolitan Police Department Officer Damian Chapman (Clip with Arrow) | 9.14.23 | 9.14.23 | D. CHAPMAN |
| 502.2 | BWC of Metropolitan Police Department Officer Damian Chapman (Clip) | 9.13.23 | 9.13.23 | C. EDWARDS |
| 502.3 | BWC of Metropolitan Police Department Officer Damian Chapman (Clip) | 9.14.23 | 9.14.23 | D. CHAPMAN |
| 502.4 | BWC of Metropolitan Police Department Officer Damian Chapman (Still Photo of Reed Christensen and Damian Chapman) | | | |
| 502.5 | BWC of Metropolitan Police Department Officer Damian Chapman (Still Photo of Reed Christensen and Ofc. Robert English) | | | |
| 502.6 | BWC of Metropolitan Police Department Officer Damian Chapman (Still Photo of Reed Christensen and Ofc. John Ernst) | 9.14.23 | 9.14.23 | J. ERNST |
| 502.7 | BWC of Metropolitan Police Department Officer Damian Chapman (Still Photo of Reed Christensen and Ofc. Stephen Cooke-Barnes, Ofc. Robert Brown, Ofc. Bryan Maldonado, and Ofc. Davon Todd) | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 502.8 | BWC of Metropolitan Police Department Officer Damian Chapman (Still Photo of Commander Jason Bagshaw and Officer John English) | | | |
| 502.9 | BWC of Metropolitan Police Department Officer Damian Chapman (Still Photo of Reed Christensen and Officer Chapman) | 9.14.23 | 9.14.23 | D. CHAPMAN |
| 502.10 | BWC of Metropolitan Police Department Officer Damian Chapman (Still Photo of Reed Christensen and Officer Chapman) | ⇊ | ⇊ | ⇊ |
| 502.11 | BWC of Metropolitan Police Department Officer Damian Chapman (Still Photo of Reed Christensen and Officer Chapman) | ⇊ | ⇊ | ⇊ |
| 503 | BWC of Metropolitan Police Department Officer Davon Todd (Entire BWC) | | | |
| 503.1 | BWC of Metropolitan Police Department Officer Davon Todd (Clip with Arrow) | | | |
| 504 | BWC of Metropolitan Police Department Officer Robert Brown (Entire BWC) | | | |
| 504.1 | BWC of Metropolitan Police Department Officer Robert Brown (Clip with Arrow) | 9.14.23 | 9.14.23 | J. ERNST |
| 502.12 | | 9.13.23 | 9.13.23 | C. EDWARDS |
| 502.13 | | ⇊ | ⇊ | ⇊ |
| 502.17 | | ⇊ | ⇊ | ⇊ |
| 502.16 | | 9.14.23 | 9.14.23 | D. CHAPMAN |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 504.2 | BWC of Metropolitan Police Department Officer Robert Brown (Still Photograph of Reed Christensen and Officer John Ernst) | 9-14-23 | 9-14-23 | J. ERNST |
| 505 | BWC of Metropolitan Police Department Officer Stephen Cooke-Barnes (Entire BWC) | | | |
| 505.1 | BWC of Metropolitan Police Department Officer Stephen Cooke-Barnes (Clip) | 9-14-23 | 9-14-23 | J. ERNST |
| 505.2 | BWC of Metropolitan Police Department Officer Stephen Cooke-Barnes (Still Photograph of Reed Christensen and Officer Stephen Cooke Barnes) | | | |
| 505.3 | BWC of Metropolitan Police Department Officer Stephen Cooke-Barnes (Still Photograph of Reed Christensen and Officer Stephen Cooke Barnes) | | | |
| 506 | BWC of Metropolitan Police Department Jason Bagshaw (Entire BWC) | | | |
| 506.1 | BWC of Metropolitan Police Department Jason Bagshaw (Clip) | 9-13-23 | 9-13-23 | J. BAGSHAW |
| 506.2 | BWC of Metropolitan Police Department Jason Bagshaw (Clip) | | | |
| 506.3 | BWC of Metropolitan Police Department Jason Bagshaw (Clip) | 9-13-23 | 9-13-23 | J. BAGSHAW |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 506.4 | BWC of Metropolitan Police Department Jason Bagshaw (Clip) | 9.13.23 | 9.13.23 | J. BAGSHAW |
| | **600-699 Series** **Third Party Video** | | | |
| 601 | GOPR0771.mp4 video footage capturing the Lower West Terrace on January 6, 2021 (Entire Video) | | | |
| 601.1 | GOPR0771.mp4 video footage capturing the Lower West Terrace on January 6, 2021 (Still Photograph of Reed Christensen and Officer Caroline Edwards) | | | |
| 601.2 | GOPR0771.mp4 video footage capturing the Lower West Terrace on January 6, 2021 (Clip) | 9.13.23 | 9.13.23 | C. EDWARDS |
| 602 | American Summer.US – 0214.mp4 video footage capturing the Lower West Terrace on January 6, 2021 | 9.13.23 | 9.13.23 | C. EDWARDS |
| 603 | American Summer.US – 0221.mp4 video footage capturing the Lower West Terrace on January 6, 2021 | 9.14.23 | 9.14.23 | J. ERNST |
| 603.1 | American Summer.US – 0221.mp4 video footage capturing the Lower West Terrace on January 6, 2021 (Still Photograph of Reed Christensen and Officer John Ernst) | | | |
| | **700-799 Series** **Open-Source Video** | | | |
| 701 | EO Talks Interview of Reed Christensen (Entire Video) [Approximate start time 19:00 and ending at 20:05] | | | |
| 702 | free Oregon.us/patriot interview of Reed Christensen | | | |
| 603.2 | | 9.14.23 | 9.14.23 | J. ERNST |
| 701.1 702.1 | | 9.14.23 | 9.14.23 | R. PALMERTREE |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| | **800-899 Series** **Cellbrite Extraction of Reed Christensen's Apple Iphone** | | | |
| 801 | Cellbrite Extraction Report – Apple iOS Full File system [Data Files – 11 Videos] | 9-14-23 | 9-14-23 | R. PALMERTREE |
| 801.1 | Video of Reed Christensen, dated January 6, 2021 [IMG_1505.MOV] | ↓ | ↓ | ↓ |
| 802 | Cellbrite Extraction Report – Apple iOS Full File system [Calendar Files – 5 Calendar Entries] | | | |
| 802.1 | Calendar Entries, dated December 2020 – January 2021 | | | |
| | **900-999 Series** **Save the Kid! Book written by Reed Christensen** | | | |
| 901 | Save the Kid!: How the Arrest of a January 6th Protester Revealed a Moral Compass That Can Save America | | | |
| 901.1 | Save the Kid!: How the Arrest of a January 6th Protester Revealed a Moral Compass That Can Save America [Redacted Excerpt] | | | |
| | **1000-1999 Series** **Stipulations** | | | |
| 1001 | Capitol Grounds and Building | | | |
| 1002 | The Certification and Disruption of the Electoral College Vote | 9-13-23 | 9-13-23 | T. LOYD |
| 901.2 | | 9-14-23 | 9-14-23 | R. PALMERTREE |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 1003 | Federally Protected Function | 9.13.23 | 9.13.23 | E. GLAVEY |
| 1004 | Identity of Reed Knox Christensen | 9.14.23 | 9.14.23 | R. PALMERTREE |
| 1005 | Interstate Commerce | ⊥ | ⊥ | ⊥ |
| 1006 | Body Worn Camera Videos of Metropolitan Police Department | 9.14.23 | 9.14.23 | R. PALMERTREE |
| 1007 | Officers from the United States Capitol Police and Washington D.C. Metropolitan Police Department | | | |
| 1008 | Open-Source and Third-Party Video Footage | 9.14.23 | 9.14.23 | R. PALMERTREE |
| 1009 | Safeway Store and Interference of Interstate Commerce | ⊥ | ⊥ | ⊥ |
| 1010 | Save the Kid Book | 9.14.23 | 9.14.23 | R. PALMERTREE |
| 1011 | The Civil Disorder | ⊥ | ⊥ | ⊥ |
| 1012 | United States Capitol Closed Circuit Video Monitoring and Recording Equipment | 9.13.23 | 9.13.23 | T. LOYD |
| 1013 | USSS Elizabeth Glavey Trial Testimony and Transcript | | | |
| 1014 | Trial Transcript of Testimony of Elizabeth Glavey | | | |
| 1015 | Email address of Reed Christensen | | | |
| 1016 | House and Senate Recording Studios | | | |
| 1017 | Authentication of Digital Content Extracted from Reed Christensen's Telephone | 9.14.23 | 9.14.23 | R. PALMERTREE |
| 1010.3 | | 9.14.23 | 9.14.23 | ⊥ |
| 1010.4 | | ⊥ | ⊥ | |