UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 21-cr-455 |
| : | |
| REED KNOX CHRISTENSEN : | |
| : | |
| *Defendant.* : | |

## VERDICT

✗ **COUNT ONE:** As to the offense of Obstructing Officers During a Civil Disorder, we the jury unanimously find the Defendant, Reed Knox Christensen:

　　✓　　　　　　　　　　　_____
　Guilty　　　　　　　　　　　Not Guilty


✗ **COUNT TWO:** As to the offense of Assaulting, Resisting, or Impeding Metropolitan Police Officer Damian Chapman, we the jury unanimously find the Defendant, Reed Knox Christensen:

　　✓　　　　　　　　　　　_____
　Guilty　　　　　　　　　　　Not Guilty


✗ **COUNT THREE:** As to the offense of Assaulting, Resisting, or Impeding U. S. Capitol Police Officer Robert English, we the jury unanimously find the Defendant, Reed Knox Christensen:

　　✓　　　　　　　　　　　_____
　Guilty　　　　　　　　　　　Not Guilty


✗ **COUNT FOUR:** As to the offense of Assaulting, Resisting, or Impeding U.S. Capitol Police Officer John Ernst, we the jury unanimously find the Defendant, Reed Knox Christensen:

__✓__                          _____
Guilty                          Not Guilty

✱ **COUNT FIVE:** As to the offense of Entering or Remaining in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Reed Knox Christensen:

__✓__                          _____
Guilty                          Not Guilty

✱ **COUNT SIX:** As to the offense of Disorderly or Disruptive Conduct in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Reed Knox Christensen:

__✓__                          _____
Guilty                          Not Guilty

✱ **COUNT SEVEN:** As to the offense of Engaging in Physical Violence in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Reed Knox Christensen:

__✓__                          _____
Guilty                          Not Guilty

✱ **COUNT EIGHT:** As to the offense of Act of Physical Violence in the Capitol Building or Grounds, we the jury unanimously find the Defendant, Reed Knox Christensen:

__✓__                          _____
Guilty                          Not Guilty

Please sign and date this verdict form on the lines provided below.

__9/18/23__
Date