UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 21-cr-455  (RCL) |
| REED KNOX CHRISTENSEN | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America moves this Court to continue the sentencing hearing currently scheduled for December 15, 2023.  The government has conferred with counsel for the defendant, and the defendant has no objection to this request.

On November 9, 2023, the United States Probation Office filed the draft Presentence Report.  Both parties have filed objections to the draft report.  The Final Presentence Report is being prepared.  The government will require additional time to prepare for the sentencing hearing.  As such, the government request a 30-day continuance of the sentencing hearing.

## CONCLUSION

For the foregoing reasons, the government requests that the Court grant its motion to continue the sentencing date currently set for December 15, 2023. The parties are united in their belief that the requested continuance will strongly facilitate their preparedness and the effectiveness of all counsel.

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    D.C. Bar No. 481052

                    By:   */s/ Brittany L. Reed*
                          BRITTANY L. REED
                          Trial Attorney – Detailee
                          La. Bar No. 31299
                          650 Poydras Street, Ste. 1600
                          New Orleans, Louisiana 70130
                          Brittany.Reed2@usdoj.gov
                          (504) 680-3000