Use the Tab key to move from field to field on this form
Case 1:21-cr-00455-RCL   Document 95   Filed 01/26/24   Page 1 of 1
Notice of Appeal Criminal                                              CO-290
                                                                    Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>REED KNOX CHRISTENSEN ) | Criminal No. 21-CR-455 (RCL) |

## NOTICE OF APPEAL

Name and address of appellant:    Reed Knox Christensen
Federal Bureau of Prisons
FDC, Philadelphia
700 Arch St
Philadelphia, PA 19106

Name and address of appellant's attorney:    Troy D. Nixon,
McKean Smith
1140 SW 11th Ave Ste 500
Portland, OR 97205

Offense:   18 USC 231(a)(3), 18 USC 111(a)(1) (x3), 18 USC 1752 (a)(1), 18 USC 1752 (a)(2), 18 USC 1752 (a)(4)

Concise statement of judgment or order, giving date, and any sentence:

Defendant was found guilty of counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s of the Superseding Indictment filed on 12/1/2021. Judgment was entered on 1/18/2024. Defendant was sentenced to forty-six (46) months of incarceration.

Name and institution where now confined, if not on bail:   Central Treatment Facility, Washington, DC

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

Jan 26, 2024
DATE                                              APPELLANT

                                                  ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [ ]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                      YES [✔]   NO [ ]
Has counsel ordered transcripts?                            YES [✔]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [✔]